**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 31 |
| ) | |
| FRANCISCO BARRERA-LOPEZ, ) | |
| a/k/a "PACO," ) | |
| SALVADOR MARTINEZ-TORRES, ) | |
| a/k/a "CHAVA," and ) | |
| JOSE LUIS BECERRA-YEPEZ, ) | |
| ) | |
| Defendants. ) | |

FILED

MAR 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT ONE

During the period from on or about March 1, 2006, through and including March 24, 2006, in the State and District of Delaware and elsewhere, FRANCISCO BARERRA-LOPEZ, a/k/a "PACO," SALVADOR MARTINEZ-TORRES, a/k/a "CHAVA," and JOSE LUIS BECERRA-YEPEZ, defendants herein, did knowingly conspire to distribute five kilograms or more of mixtures and substances containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about March 24, 2006, in the State and District of Delaware, FRANCISCO BARERRA-LOPEZ, a/k/a "PACO," and JOSE LUIS BECERRA-YEPEZ, defendants herein, did knowingly possess with the intent to distribute five kilograms or more of mixtures and

substances containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: *Adam S...* [signature]
Adam Safwat
Assistant United States Attorney

Dated: March 28, 2006

-2-