AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

SALVADOR MARTINEZ-TORRES

CASE NUMBER: 06- 37m-2-MPT

CR06-31-2-JJF

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest SALVADOR MARTINEZ-TORRES when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense),

knowingly conspiring to distribute five kilograms or more of cocaine, a controlled substance,

in violation of Title __21__ United States Code, Section (s) _846 and 841(a)(1) and (b)(1)(A)._

| | |
|---|---|
| **Honorable Mary Pat Thynge** | **United States Magistrate Judge** |
| Name of Issuing Officer | **District of Delaware** |
| | Title of Issuing Officer |
| *(signature)* | |
| Signature of Issuing Officer | **March 27, 2006**    Wilmington, DE |
| | Date and Location |
| **Bail fixed at $** _____ | **by** _____ |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| Salvador Martinez-Torres | | |
| DATE RECEIVED  3/27/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  3/27/06 | Toby M. Conrad  DUSM | *(signature)* |

AO 442 (Rev. 12/85) Warrant for Arrest

**FILED**

APR 0 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE