UNITED STATES DISTRICT COURT

*FILED IN OPEN COURT 4/6/06 KJIC*

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )    CASE NO. *CR06-31-2-JJF*
  *SALVADOR MARTINEZ-TORRES*        )
                                    )
            Defendant.              )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *APRIL 6, 2006* requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *JUNE 2, 2006* The time between the date of this order and *JUNE 2, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).



Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED

APR  6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE