

United States District Court
District of Delaware

United States of America      : Criminal Action
        -V-                   : CR06-31-2-JJF
Salvador Martinez Torres      : Case no. 06-37m-MPT

## Motion to Dismiss Present Counsel Appoint new Counsel and Grant Continuance.

To the Honorable Mary Pat Thynge, The Judge of the said Court:

And now, comes the Defendant, Salvador Martinez Torres, Pro Se, and moves this Honorable Court to dismiss counsel, and appoint new counsel and grant continuance as to this Defendant, and in support thereof, avers the following:

1. Since the time of Defendant's arrest, Counsel Ubel G Velez has manifested her belief in Defendant's guilt and consequently has done nothing but try to get Defendant to plead guilty.

"1 of 2"

2. All meetings between Defendant and counsel have disintegrated into shouting matches as counsel fails to come up with any defense strategy, has conducted no investigation and has not even ascertained the drug amount tha the wants the Defendant to plead guilty to.

3. Defendant has lost faith in Cousel.

Wherefore, the Defendant respectfully moves this Honorable Court to dismiss counsel, appoint new counsel and grant continuance so that new counsel will have time to properly prepare the case.

Respectfully submitted,

Salvador martinez torres
Salvador Martines
Defendant.

"2 of 2"

United States District Court
District of Delaware

United States of America : Criminal Action
-V-
: Case no. 06-37m-mpt.

Order

And Now, to wit, this ____ day of ____, 2006, upon consideration of the within Motion to dismiss present counsel, appoint new counsel and grant continuance, It is hereby.
   Ordered that present counsel is Dismissed, new counsel is Appointed and continuance is Granted.

By the Court:
_____

"1 of 1"

Salvador Martinez Torres
S.C.C.F.
125 Cementery R.d.
Woodstown NJ NS. 08

Salem County Correctional Facility
This Address
Other Address
Salem County
For Debts

$00.39⁰ JUN 01 2006
PITNEY BOWES
0004397284
MAILED FROM ZIP CODE 08079

The Clerk
United States Courts
844 King Street
Federal Building Lock Box 18
Wilmington, Delaware

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY