United States of America : Date of
  vs : Letter: May 31, 2006.
    CR 06-31-2 JJF
    : Criminal Action
Salem County Correctional Facility : Case no. 06-37m, MAt
125 Cementery R.d.
Woodstown, NJ. 08098

The Clerk
United States District Court
District of Delaware
Wilmington, DE

FILED
BO scanned
JUN -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Appointment of new Counsel

I am presently experiencing extreme difficulty in organizing any defense strategy with my present attorney Miss Ubel G Veler. She is set in her belief that I am, and is pressuring me to plead, guilty in this case.

Consequently, no ground work has been laid out to establish exactly what evidence the Prosecution has. The drug amount is especially of great importance. It is not necessary to secure a conviction in this case but is crucial in sentencing.

Page 2

No motion has been filed and no investigation has been conducted, to date, by my attorney. <u>I have lost faith in my counsel.</u>

I have no recourse but to respectfully ask the court to relieve me of Miss Ubel G. Veléz's representation and appoint me new counsel. I would also like continuance in the case, so that new counsel will have time to properly prepare the case.

Thanks for your time and consideration in this matter.

very truly yours,

Salvador Torres Martinez

Salvador Martinez Torres
S.C.C.F.
125 Cemetery Rd.
Woodstown, NJ 08098

The Clerk
United States Courts
844 King Street
Federal Building Lock Box #18
Wilmington, Delaware 19801-3588

Salem County Correctional Facility
This Address is A County Institution
The Addressor is An Inmate
Salem County is NOT Responsible
For Debts Incurred By This Inmate

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

0004397284
MAILED FROM ZIPCODE 08079
US POSTAGE
$00.390
JUN 01 2006
PITNEY BOWES