IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-31-JJF |
| | ) | |
| FRANCISCO BARRERA-LOPEZ, | ) | |
| SALVADOR MARTINEZ-TORREZ, and | ) | |
| JOSE LUIS BECERRA-YEPEZ, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Adam Safwat as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated: 6-7-06

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANCISCO BARRERA-LOPEZ, )<br>SALVADOR MARTINEZ-TORREZ, and )<br>JOSE LUIS BECERRA-YEPEZ ) | Criminal Action No. 06-31-JJF |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on June 7, 2006, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Ubel G. Velez, Esquire
uvelez@attglobal.net

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed to counsel of record, as follows:

Jose Luis Ongay, Esquire           Christopher G. Furlong, Esquire
521 South 2nd Street               22 East Third Street
Philadelphia, PA  19147-2417       Media, PA  19063

*Sharon L. Bernardo*