IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

           v.      :      CRIMINAL NO. **06-31-JJF**

**SALVADOR MARTINEZ-TORRES**      :

### ORDER

AND NOW, this __8__ day of __June__, 2006, in consideration of Defendant Salvador Martinez-Torres' Motion for Extension of Time for filing of Pretrial Motions, it is hereby ORDERED that said Motion is **GRANTED**, and Pretrial Motions in this matter must now be filed on or before __August 4, 2006__.

BY THE COURT:

_____
HONORABLE JOSEPH J. FARNAN, JR.

**UBEL G. VELEZ LAW OFFICE**
24 Wilmont Mews, West Chester, PA 19382
(610) 431-0809