IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-31-JJF-2 |
| SALVADOR MARTINEZ-TORRES, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, Defendant has filed two Motions (D.I. 33; D.I. 34) requesting the Court to dismiss Defendant's counsel, appoint new counsel, and grant a continuance;

WHEREAS, Defendant's counsel consents to her removal as defense counsel in this case, (D.I. 35);

WHEREAS, by its Order dated June 8, 2006 (D.I. 37), the Court has already extended the time for filing Pretrial Motions in this matter until August 4, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motions (D.I. 33; D.I. 34) are **GRANTED**;

2. Ubel G. Velez, Esquire, is dismissed as defense counsel in this matter;

3. The Clerk of Court shall arrange the appointment of new counsel for Defendant.

June 13, 2006                                    _____
DATE                                             UNITED STATES DISTRICT JUDGE