UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-31-JJF |
| | : | |
| Salvadore Martinez-Torres | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Salvadore Martinez-Torres, in the above-captioned matter.


    /s/    PENNY MARSHALL
PENNY MARSHALL, ESQUIRE



    /s/ CHRISTOPHER KOYSTE
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Salvadore Martinez-Torres

DATED:  June 27, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Substitution of Counsel and Entry of Appearance were hand delivered to the box designated in the Clerk's Office to:

> Adam Safwat
> Assistant United States Attorney
> Chase Manhattan Centre
> 1201 Market St.
> Suite 1100
> P.O. Box 2046
> Wilmington, DE   19899-2046

> /s/ CHRISTOPHER S. KOYSTE
> CHRISTOPHER S. KOYSTE, ESQUIRE
> Assistant Federal Public Defender
> First Federal Plaza
> 704 King Street, Suite 110
> Wilmington, DE 19801
> Attorney for Defendant Salvadore Martinez-Torres

DATED:  June 27, 2006