UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-31-JJF |
| SALVADOR MARTINEZ-TORRES, : | |
| Defendant. : | |

### ORDER

Having considered Defendant's Motion to Extend the Time for the Filing of Pre-Trial Motions,

**IT IS HEREBY ORDERED** this _12_ day of October, 2006, that Defendant Martinez-Torres' Motion is **GRANTED** and the time period for the filing of pre-trial motions is extended to November 6, 2006.

_____
The Honorable Joseph J. Farnan, Jr.
U.S. District Court

cc:  AUSA Edmond Falgowski
     AFPD Christopher Koyste