UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-31-2-JJF |
| | : | |
| FRANCISCO BARRERA-LOPEZ, | : | |
| SALVADOR MARTINEZ-TORRES, | : | |
| and JOSE LUIS BECERRA-YEPEZ, | : | |
| | : | |
| Defendants. | : | |

**MOTION TO CONTINUE**
**DEFENDANT MARTINEZ-TORRES' SUPPRESSION HEARING**

Defendant, Salvador Martinez-Torres, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the January 12, 2007 Suppression Hearing so that Mr. Martinez-Torres may undergo a mental health evaluation to determine whether he is competent to proceed. Counsel submits the following in support thereof:

1. Mr. Martinez-Torres was indicted for conspiring with Jose Luis Becerra-Yepez and Francisco Barrera-Lopez to distribute 5 kilograms of cocaine. Mr. Martinez-Torres filed pre-trial motions, and a hearing on the motions is scheduled for January 12, 2007 at 12 p.m.

2. Counsel has met with Mr. Martinez-Torres several times and has noticed a recent and steady deterioration in his mental state. For example, Mr. Martinez-Torres has recently had delusional thoughts. Additionally, on December 8, 2006 Mr. Martinez-Torres was transferred from Salem County Prison to Gander Hill Prison after a situation occurred where Mr. Torres was reported to be both paranoid and delusional.

3. Due to his mental condition, the Federal Public Defender's Office has retained a forensic psychologist, Kirk S. Heilbrun, PHD, to evaluate Mr. Martinez-Torres. Dr. Heilbrun's evaluation should be completed by late January 2007.[1] Thus, the Defense requests a continuance of the suppression hearing.

4. Counsel for the government, Assistant United States Attorney, Edmond Falgowski, does not oppose this request to continue the suppression hearing.

**WHEREFORE**, Mr. Martinez-Torres respectfully requests that the Court grant the Motion to Continue Defendant Martinez-Torres' Suppression Hearing and continue the hearing for at least six weeks, until or after the week of February 5, 2007, if consistent with the Court's calendar.

/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Salvadore Martinez-Torres

DATED: December 19, 2006

---

[1] While Dr. Heilbrun will be seeing and examining the defendant in the near future, additional time is needed to obtain the defendant's medical records..

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this Motion to Suppress Evidence is available for public viewing and downloading and was electronically delivered on December 19, 2006 to:

Edmond Falgowski, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

                        /s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Salvadore Martinez-Torres

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 06-31-2-JJF |
| : | |
| FRANCISCO BARRERA-LOPEZ, : | |
| SALVADOR MARTINEZ-TORRES, : | |
| and JOSE LUIS BECERRA-YEPEZ, : | |
| : | |
| Defendants. : | |

## ORDER

In response to the Defense's Motion to Continue Defendant Martinez-Torres' Suppression Hearing, this Court hereby Orders on this _____ day of December 2006, that Defendant Martinez-Torres' January 12, 2007 Suppression Hearing is continued to_____, 2007 at _____.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

cc:   AFPD Christopher Koyste
      AUSA Edmond Falgowski