UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-31-2-JJF |
| FRANCISCO BARRERA-LOPEZ, SALVADOR MARTINEZ-TORRES, and JOSE LUIS BECERRA-YEPEZ, | : | |
| Defendants. | : | |

**ORDER**

In response to the Defense's Motion to Continue Defendant Martinez-Torres' Suppression Hearing, this Court hereby Orders on this __20__ day of December 2006, that Defendant Martinez-Torres' January 12, 2007 Suppression Hearing is continued to __TBD__, 2007 at _____.

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

cc: AFPD Christopher Koyste
AUSA Edmond Falgowski



FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE