IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-31-2-JJF |
| SALVADOR MARTINEZ-TORRES | : | |
| Defendant. | : | |

### ORDER

WHEREAS, Defendant filed a Motion To Continue (D.I. 65);

WHEREAS, the Motion was not opposed by the Government;

WHEREAS, said Motion was granted by Order dated December 21, 2006, (D.I. 66);

WHEREAS, Defendant's counsel represented that the psychiatric evaluation and report will be completed by late January 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's counsel shall advise the Court when the evaluation is received so that an appropriate hearing can be expeditiously scheduled.

December 21, 2006

_____
UNITED STATES DISTRICT JUDGE



FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE