# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Acting Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

**Moira McGuire Kulik**
Research and Writing Specialist

February 1, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      **Re:** <u>**United States v. Salvador Martinez-Torres**</u>
            **Criminal Action No.: 06-31-JJF**

Dear Judge Farnan:

      On December 19, 2006 the defense requested a continuance of a pre-trial evidentiary hearing so that the defense could have a psychiatric evaluation. The defense has hired Kirk Heilbrun, PHD, professor and head of the psychology department of Drexel University to perform an evaluation of Mr. Martinez-Torres.

      Due to the time it took to the time it took meet the security clearance requirements at Gander Hill Prison and Dr. Heilbrun's limited availability, he has only been able to complete the first stages of the evaluation of Mr. Martinez-Torres. Dr. Heilbrun is scheduled to meet with the defendant on February 5, 2007 and expects to issue a written report on February 21, 2007.

      Pursuant to this Court's order of December 22, 2006, defense counsel is advising Your Honor of the current status of this case and will additionally advise the court after counsel receives Dr. Heilbrun's report.

                                    /s/
                         Christopher S. Koyste, Esquire
                         Assistant Federal Public Defender
                         704 King Street, Suite 110
                         Wilmington, Delaware  19801
                         Email: ecf_ck@msn.com
                         Attorney for Defendant Martinez-Torres

CSK/khs

cc:  Edmond Falgowski, AUSA
      Salvador Martinez-Torres