# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Acting Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

February 21, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

> Re:    <u>United States v. Salvador Martinez-Torres</u>
>          **Criminal Action No.: 06-31-JJF**

Dear Judge Farnan:

On December 19, 2006 the defense requested a continuance of a pre-trial evidentiary hearing in order to perform a psychiatric evaluation of Mr. Martinez-Torres. The examination was to be conducted by Kirk Heilbrun, PHD, Professor and Head of the Psychology Department of Drexel University. On February 1, 2007 the defense advised the Court that a Report of the Forensic Evaluation would be completed by February 21, 2007.

Counsel has just received the Report, a copy of which, as well as the *Curriculum Vitae* of Dr. Heilbrun, is attached hereto. In brief, it is Dr. Heilbrun's medical opinion that Mr. Martinez-Torres is currently not competent to stand trial.

Dr. Heilbrun examined Mr. Martinez-Torres over a two day time period and performed various tests in order to gather relevant information to assist him in his evaluation. Dr. Heilbrun concludes that Mr. Martinez-Torres is severely mentally ill, noting in his report that "Mr. Martinez-Torres appears to have very substantially impaired capacities to rationally understand his legal situation and assist in his own defense as a result of current symptoms of a mental disorder." Thus, the Defense requests that the Court schedule a hearing pursuant to 18 U.S.C. § 4241 to determine defendant's competency. At the hearing, the defense will submit Dr. Heilbrun's Report, and request

that Mr. Martinez-Torres be remanded to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), for hospitalization and treatment in order to allow his mental condition to improve to a level that will permit this case to proceed.

Respectfully submitted,

_____/s/_____
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
Email: ecf_de@msn.com
Attorney for Defendant Martinez-Torres

Enclosures

CSK/khs

cc:  Edmond Falgowski, AUSA(w/enclosures)
     Salvador Martinez-Torres

# EXHIBIT  1



**Department of Psychology**

**Kirk Heilbrun, Ph.D.**
Professor and Head

Forensic Evaluation

February 16, 2007

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF

Referral Information

Salvador Martinez-Torres is a ▓-year-old Mexican male (▆▆▆▆▆▆▆) who is currently
charged with Criminal Conspiracy in violation of Title 21, United States code(s) 841 (a) (1) (b)
(1) (A), and, 846. The Office of the Federal Public Defender, District of Delaware (Christopher
Koyste, Esq.) requested a mental health evaluation to provide the defense with information
regarding Mr. Martinez-Torres's competence to stand trial.

Procedures

Mr. Martinez-Torres was observed conversing with his lawyer through a translator for
approximately an hour-and-a-half on January 22, 2007 at the Howard R. Young Correctional
Institute in Wilmington, Delaware, where he is currently incarcerated. In addition, on that date,
Mr. Martinez-Torres was administered a standard screening instrument for currently experienced
symptoms of mental and emotional disorder (the Brief Symptom Inventory, or BSI). Due to Mr.
Martinez-Torres's limited English fluency, the translator translated each interview question, test
item, and other conversation into Spanish for Mr. Martinez-Torres; and, translated his responses
into English for Mr. Koyste and the evaluators. On February 5, 2007, again at the Howard R.
Young Correctional Institute, Mr. Martinez-Torres was administered a standard measure of the
capacities associated with competence to stand trial (the MacArthur Competence Assessment
Tool-Criminal Adjudication, or MacCAT-CA) and an interview focusing on clinical functioning
and trial competence.

The following documents, obtained from defense counsel and arranged chronologically, were
reviewed prior to the evaluation:

> 1.) Transcripts from Controlled Telephone calls;
>
> 2.) U.S. Department of Justice, Drug Enforcement Administration Report of Drug
>      Property Collected, Purchased or Seized (dated 3-24-06);

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF
February 18, 2007
Page 2

3.) U.S. Department of Justice, Drug Enforcement Administration Acquisition Report of Non-Drug Property Collected, Purchased or Seized (dated 3-24-06);

4.) Handwritten notes from interviews with Jose Luis Beserra and Salvador Martinez-Torres (dated 3-24-06);

5.) Salem County Correctional Facility Medical Department Forms (dated 3-27-06);

6.) U.S. Department of Justice, Drug Enforcement Administration Report of Investigation (dated 4-3-06);

7.) Letter from U.S. Attorney's Office to Ubel Velez, Esq. (dated 5-10-06);

8.) Federal Public Defender Authorization for Release of Protected Health Information for Martinez-Torres(dated 10-6-06);

9.) Letter written in Spanish from Mr. Martinez-Torres to Judge Farnan (dated 10-8-06);

10.)  Letter written by Mr. Martinez-Torres to Judge Farnan translated into English (dated received 10-11-06); and

11.)  Two unmarked transcript of Mr. Martinez-Torres's responses to interview questions (not dated).

Prior to the evaluation, Mr. Martinez-Torres was notified about its purpose and the associated limits on confidentiality. He appeared to understand the basic purpose of evaluation, reporting back his understanding that he would be evaluated and that a written report would be submitted to his attorney. He further understood that the report would be used to determine whether he understood his legal situation and could assist his lawyer in his defense. Finally, he appeared to understand that if this report were used in a hearing, a copy would be provided to the court and to the United States attorney.

Relevant History

Historical information was obtained from the documents reviewed, as well as from Mr. Martinez-Torres. Partly due to the language barrier, the historical information obtained from Mr. Martinez-Torres was limited. Whenever possible, we have attempted to crosscheck the consistency of self-reported information against that obtained from the documents reviewed. If additional information is obtained prior to Mr. Martinez-Torres's court date, a supplemental report will be filed.

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF
February 18, 2007
Page 3

*Family History*

Mr. Martinez-Torres stated that he was born on ███████████ According to the U.S.
Department of Justice, Drug Enforcement Administration Report of Investigation, Mr. Martinez-
Torres was born in Guadalajara, Mexico. The report also described Mr. Martinez-Torres as an
illegal alien. Mr. Martinez-Torres stated that he has a brother who lives in Salt Lake City, Utah,
and a sister who lives in California. Mr. Martinez-Torres also said that his sister from California
came to visit him when he was in the Salem County Jail. Additionally, in his letter to Judge
Farnan, Mr. Martinez-Torres referred to another brother named ██████████████, and a
cousin named ███████████████. Also, according to the unmarked transcription of an
interview with Mr. Martinez-Torres, he reported that his mother and sister were living in
Mexico. Mr. Martinez-Torres indicated in the present evaluation that he sends money to both his
mother and his older aunt in Mexico whenever he could.

Mr. Martinez-Torres reported that he married ███████████ February 17, 2006. The
unmarked transcript of an interview with Mr. Martinez-Torres stated that they met in Elkton,
Maryland in July of 2005 and that they began living together almost immediately. In the present
evaluation, Mr. Martinez-Torres stated that he had a son (now 5 months old) with ██████.
However, he added, he has never met his son. Mr. Martinez-Torres also said that he has two
other children in Mexico.

*Educational History*

Mr. Martinez-Torres reported that he completed the 6th grade in Mexico. We have no additional
information on his educational history.

*Medical and Psychiatric History*

Mr. Martinez-Torres reported that he was in a car accident in 2002, which resulted in his
hospitalization at Christiana Hospital in Delaware. Mr. Martinez-Torres stated that during his
hospitalization he was in a coma for days, and that the doctor told his girlfriend at the time that
he "might not make it." Mr. Martinez-Torres said that ever since this accident he has seen
"visions" predicting the future. He also reported that he has heard voices "talking to him in
another language." Mr. Martinez-Torres stated that the voices would ask him where he lived and
that they discussed living like blind people. According to the unmarked transcript of an
interview with Mr. Martinez-Torres, he stated that his "head always hurt a lot" in 2004. In
addition, he reported that a doctor in Mexico told him "that I needed an operation because I had
blood clots in my head."

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF
February 18, 2007
Page 4

*Substance Abuse History*

Mr. Martinez-Torres stated that he has used both drugs and alcohol. Additionally, the medical forms from the Salem County Correctional Facility, dated March 2006, reported that Mr. Martinez-Torres had drug/alcohol abuse problems in the last three years, and that he had used cocaine in the last month prior to his incarceration.

*Arrest History*

Mr. Martinez-Torres stated that he was currently charged with drug possession. According to the unmarked transcription of an interview with Mr. Martinez-Torres, he reported that he was arrested on 1-30-06 and released on bail. Also, Mr. Martinez-Torres reported being incarcerated for 11 months in the Chester County jail in 2004. An official history of his previous arrests was not available at the time of this evaluation.

Current Clinical Condition

Mr. Martinez-Torres presented as a ██-year-old Hispanic male of average height and muscular build who appeared his stated age. He was dressed in standard jail garb, consisting of white pants, sneakers, and a white short-sleeved shirt. He was fairly well groomed (with a shaved head and a goatee) when seen for evaluation. Mr. Martinez-Torres denied experiencing particular problems with his coordination, vision, or hearing. Spanish is Mr. Martinez-Torres's primary language, although he stated that his wife speaks only English.

Mr. Martinez-Torres was generally polite and cooperative throughout the evaluation. He often responded to questions in a way that indicated that he did not understand what was being asked of him. His speech was frequently rambling and tangential. To some extent, this was difficult to gauge because of the language problems, but it did appear that he was often unfocused and rambling in his responses. His mood was neutral and his expressed emotion consistent with the content of the topics discussed. The content of his speech and his thinking reflected significant disturbance; he reported experiencing auditory and visual hallucinations. For instance, he reported that "on the 27th...I was visited in my cell by an angel dressed in white" who spoke to him in a voice like that of the evaluator's.

Mr. Martinez-Torres appeared generally oriented to person, place and time. His effort remained consistent throughout the evaluation. His attention was somewhat difficult to gauge because of the language barrier, but he did frequently ask the examiner to repeat questions.

Mr. Martinez-Torres was administered a structured screening instrument for currently experienced symptoms of mental and emotional disorder (the Brief Symptom Inventory, or BSI). This instrument asks the individual to rate his or her level of distress for each of 53 items during the past seven days, using a rating scale of either "not at all," "a little bit," "moderately," "quite a

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF
February 18, 2007
Page 5

bit," or "extremely." Mr. Martinez-Torres reported an overall distress level that scored at the 86[th] percentile compared to other non-patient adult males. He indicated being bothered "quite a bit" or "extremely" by symptoms including feeling blocked in getting things done, feeling that he is watched or talked about by others, and never feeling close to another person. Compared with nonpatient adult males, Mr. Martinez-Torres's pattern of responses placed his scores high on the Psychoticism scale (99[th] percentile) and also high on the Paranoid Ideation scale (93[rd] percentile). When Mr. Martinez-Torres's scores were compared with adult male psychiatric outpatients and adult male psychiatric inpatients, his scores on the Psychoticism scale (58[th] percentile and 70[th] percentiles respectively) and the Paranoid Ideation scales (54[th] percentile and 58[th] percentiles respectively) continued to suggest problems in these areas. When questioned, Mr. Martinez-Torres attributed most of the symptoms to being incarcerated and the uncertainty surrounding what is going to happen with his case. He also stated, however, that he did not know why he did not feel close to anyone. Many of the questions needed to be repeated to Mr. Martinez-Torres. In addition, Mr. Martinez-Torres would often respond with a tangential story and need to be directed back to the question at hand.

Competence to Stand Trial

The relevant test for competence to stand trial in the federal jurisdiction is whether the defendant has a rational and factual understanding of the proceedings against him, and can assist his lawyer with a reasonable degree of rational understanding. Mr. Martinez-Torres's ability to demonstrate these capabilities was evaluated through a clinical interview designed to assess these capacities, and a tool measuring his ability to understand, reason, and appreciate his standing in the criminal proceedings against him (the MacArthur Competence Assessment Tool-Criminal Adjudication, or MacCAT-CA).

Factual Understanding of the Proceedings. Mr. Martinez-Torres described the respective roles of prosecutor, defense attorney, judge and jury in a marginally accurate fashion. He described the prosecutor's job as "to find me guilty," the defense attorney's job as "to help me," the judge's role as "supposed to abide by the law and serve properly;" and the jury's role as "to see if I'm guilty or innocent." Mr. Martinez-Torres's responses also included tangential commentary, which indicated some possible disturbance in his thinking. For example, in his answer about a jury's functions, Mr. Martinez-Torres also said, "I've seen things. Sometimes a jury can be bought." Additionally, he reported that the prosecutor "will sometimes act illegally to do this [find me guilty]. I'm not really sure how, but I know there are some things that will happen in reference to my case." In his description of the defense attorney's role, Mr. Martinez-Torres stated, "The way I'm looking at it, he's already decided that I'm guilty." Thus, his factual understanding about the complete functions of some participants was marginally accurate but apparently limited by rigidity and clinical levels of suspiciousness.

The Understanding items on the MacCAT-CA measure an individual's comprehension of legal terms, the roles of the primary legal actors in the adjudicatory process, and the basic parameters

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF
February 18, 2007
Page 6

and stages of adjudication. On the MacCAT-CA, Mr. Martinez-Torres was able to describe the basic functions of the defense attorney: "to defend the guy who hit the other guy." He said that a judge is "supposed to abide by the law" and give an appropriate sentence. However, Mr. Martinez-Torres was not able to describe the role of the jury, even after being informed about the jury's functions. (It is clear from his response to this question during the interview that he understands that the determination of a defendant's guilt is a jury function.) In response to questions about the jury during the MacCAT-CA administration, he responded, "If you give money to the jury they could find it the other way; they need to understand why he did it." Thus, his factual understanding about the complete functions of some participants was limited and his communication was marked by a preoccupation with determining the truth and the reasons why someone would hit another person. In addition, Mr. Martinez-Torres exhibited some difficulty in understanding the relevant legal terms and stages of adjudication as applied to a story. Mr. Martinez-Torres scored in the clinically significant impairment range for the Understanding scale.

Rational Understanding of the Proceedings. When asked about his current charges and legal situation, Mr. Martinez-Torres responded in a way that showed that he understood some elements of the proceedings. For example, when asked to name his charges, he replied, "conspiracy to distribute 5 kilos." However, he showed a limited appreciation of the seriousness of the charges against him. Mr. Martinez-Torres informed us that "they're gonna give me time." Despite repeated explanations by his attorney that he could receive a sentence as long as 10 years in federal prison, Mr. Martinez-Torres replied that he thought he would receive a 30-40 month sentence—and then talked at length about what he thought should happen to him. His comments several times returned to his assertion that he had done "nothing wrong," and would not be agreeable to a sentence involving any prison. When asked about plea options, Mr. Martinez-Torres needed to be informed about the options. He was able to provide at least a partial explanation of the meaning of most. For example, Mr. Martinez-Torres stated that a guilty plea meant "I'm accepting that I've done something wrong;" not guilty by reason of insanity indicates that "I don't have the capacity to think correctly;" and a plea bargain is "like an offer for me to admit – they offer me something, if I accept, it's because I'm guilty and they're going to give me time." Mr. Martinez-Torres's responses also included frequent tangential comments, including his assertion when describing a "not guilty" plea ("I believe that it's good when they grab drugs off the street and the reason they grabbed drugs was because of me.") When asked his preference for plea, Mr. Martinez-Torres replied in lengthy, tangential fashion about how he "wants the truth to come out soon" and about his relationship with God. Additionally, Mr. Martinez-Torres described the visual and auditory hallucinations that he has experienced since his car accident in 2002.

The Reasoning items in the MacCAT-CA measure rational understanding of the proceedings. These items address the defendant's ability to distinguish more relevant from less relevant information by requiring the defendant to choose one of two facts as the more important fact to the case at hand. Mr. Martinez-Torres appeared to struggle during this portion of the test. He

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF
February 18, 2007
Page 7

had difficulty understanding the hypothetical situations posed to him and often needed the questions repeated. His score was in the clinically significant impairment range for Reasoning, suggesting a potentially substantial deficit in his rational understanding of the proceedings.

Capacity to Assist Counsel. Mr. Martinez-Torres's ability to assist his lawyer in the preparation of his case also appeared to be impaired. He appeared to have a limited awareness of some aspects of appropriate courtroom decorum, stating that he "would act like a very truthful person in court" and that he did "not want to be hateful." When asked what he would do if someone said something untrue in court, Mr. Martinez-Torres replied that he would "tell my lawyer that it was not true by whispering it or writing a note." However, when asked if he would testify in court, Mr. Martinez-Torres's speech became vague, rambling, and tangential. He responded, "Yes, I could say it…because it is the truth." Although it was somewhat unclear whether Mr. Martinez-Torres's answers appeared more impaired due to the language barrier, it appeared that Mr. Martinez-Torres's ability to testify on his own behalf would be poor, considering his communication over the course of these two evaluative sessions. In addition, the rambling, tangential, often irrelevant aspects of his thinking and speech would also limit his capacity to work effectively with counsel in his own defense.

The MacCAT-CA measures the capacity to assist counsel by assessing the defendant's ability to appreciate his own particular legal circumstances. On this section of the measure, Mr. Martinez-Torres's abilities were mildly impaired. These items address how he feels he will fare in the legal system compared with other defendants. He stated that the thought his lawyer would help him "about the same" as other lawyers help their clients because "we're all equal and if he [the lawyer] does his job well, everything should be equal." In addition, Mr. Martinez-Torres also indicated that that he would be more likely to tell his lawyer everything because "he is the one who will defend me against the problems I have." However, a number of Mr. Martinez-Torres's responses became tangential, such as when he indicated that he believed he was being treated more fairly than others who are similarly situated in the legal system because "things have happened to me – things that I didn't think were real that are. God is big." Also, although Mr. Martinez-Torres accurately predicted that he would get the same punishment as others charged with the same crime because the charges were the same, he went on to say, "I might get less punishment because I am going to tell the truth and the truth will set me free." Overall, in addition to his score which fell in the mildly impaired range, the manner in which Mr. Martinez-Torres responded to the questions strongly suggests that he would have difficulty assisting counsel in his own defense. Despite the fact that this portion of the test was in a forced choice format, Mr. Martinez-Torres repeatedly failed to choose one of the three offered responses. Instead, he would respond to questions with long, tangential replies. It is important to note that the translator became visibly frustrated, as he needed to repeat the questions frequently in an attempt to have Mr. Martinez-Torres respond according to the instructions.

Mr. Martinez-Torres's most significant deficits were in the capacities for rational understanding of his charges and the legal system, and capacity to assist counsel in his own defense. It is likely

Re: Salvador Martinez-Torres
Criminal No.: 06-31-JJF
February 18, 2007
Page 8

that these deficits are primarily caused by his current mental state. The language barrier did limit the range of measures that could be administered, as well as restricting the amount of information that could be obtained from an interview. It would have been helpful, in most cases like this, to administer a measure that formally tests the defendant's response style (whether reporting symptoms accurately, or in exaggerated/fabricated fashion, or denying/minimizing such symptoms). Despite our inability to administer such a tool in this case, we can say that Mr. Martinez-Torres appeared to experience current distress from genuine symptoms of severe mental illness. He spoke about the voices that he has heard and the topics the voices discussed with him since his accident in 2002, and the visions ("angel in my cell dressed in white") he has seen. Although medical and psychiatric records from his 2002 accident were not available, Mr. Martinez-Torres's recent bizarre letter to Judge Farnan, as well as his tangential bizarre response style during the evaluation, suggest that Mr. Martinez-Torres's mental condition may be deteriorating. Mr. Martinez-Torres reported that he is not currently taking psychotropic medications, nor has he in the past. It appears that Mr. Martinez-Torres's present mental condition impairs his current capacities for rationally understanding his legal situation and assisting his attorney in his own defense.

Conclusion

In the opinion of the undersigned, based on all the above, Mr. Martinez-Torrres appears to have very substantially impaired capacities to rationally understand his legal situation and assist in his own defense as a result of current symptoms of a mental disorder.

Recommendations

(1) If the Court determines that Mr. Martinez-Torres is incompetent to stand trial, it is recommended that he be committed to a secure medical facility to receive mental health treatment and further clinical-legal evaluation to assess whether he appears to have regained trial competence.

(2) If possible, it would be very useful to have a mental health professional who is fluent in Spanish involved in this treatment and further evaluation.

Thank you for the opportunity to evaluate Salvador Martinez-Torres.

Kirk Heilbrun, Ph.D.
Consulting Psychologist

Heather K. Green, M.S.
Drexel University Graduate Student

# EXHIBIT  2

# VITA

## Kirk S. Heilbrun

University Address

Department of Psychology
Drexel University
Mail Stop 626, 245 N. 15th Street
Philadelphia, PA 19102-1192
(Tel) 215-762-3634
(Fax) 215-762-8625
KIRK.HEILBRUN@DREXEL.EDU

Education

| | |
|---|---|
| Florida State University | Postdoctoral Fellowship Psychology and Law 1981-82 |
| University of Texas at Austin | Ph.D., Clinical Psychology 1980 |
| Brown University | A.B., Psychology (Honors) 1975 |

Licensure and Advanced Certification

Licensed as Psychologist in Pennsylvania, #8275-L

Diplomate and Examiner in Clinical Psychology
American Board of Professional Psychology

Diplomate and Examiner in Forensic Psychology
American Board of Professional Psychology

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 2

Professional Experience

Academic

| 7/02 - present | Professor and Head<br>Department of Psychology<br>Drexel University |
| --- | --- |
| 7/01 - 6/02 | Professor and Chair<br>Drexel/MCP Hahnemann Department of Psychology<br>(departments combined pending 7-1-02 Drexel/MCPHU merger) |
| 10/99 - 7/01 | Professor and Chair<br>Department of Clinical and Health Psychology<br>MCP Hahnemann University |
| 1/99 - 10/99 | Professor and Acting Chair<br>Department of Clinical and Health Psychology<br>MCP Hahnemann University (formerly Allegheny University) |
| 7/98 - present | Lecturer in Law<br>Villanova School of Law |
| 7/95 - 7/01 | Professor and Co-Director<br>Law-Psychology Program<br>Department of Clinical and Health Psychology<br>MCP Hahnemann University/Villanova School of Law |
| 10/91 - 6/95 | Associate Professor<br>Department of Psychiatry<br>Medical College of Virginia |
| 12/91 - 6/95 | Associated Faculty<br>Institute of Law, Psychiatry, and Public Policy<br>University of Virginia |
| 9/89 - 10/91 | Courtesy Associate Professor<br>Department of Law and Mental Health<br>Florida Mental Health Institute<br>University of South Florida |
| 3/86 - 10/91 | Associated Faculty<br>Department of Psychology |

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 3

|  | Florida State University |
|---|---|
| 9/93 - 10/93 | Co-Instructor<br>Forensic Evaluation (Advanced)<br>Department of Psychiatry<br>Medical College of Virginia |
| 7/93 - 8/93<br>7/94 - 8/94 | Co-Instructor<br>Forensic Evaluation (Basic)<br>Department of Psychiatry<br>Medical College of Virginia |
| 5/88 - 8/88<br>5/90 - 8/90 | Adjunct Lecturer (Forensic Psychological Assessment)<br>Department of Psychology<br>Florida State University |
| 9/82 - 12/82 | Adjunct Lecturer (Abnormal Psychology)<br>Department of Psychology<br>Florida State University |
| 7/82 - 8/82 | Instructor (Projective Testing)<br>Department of Psychology<br>Florida State University |
| 1/82 - 5/82 | Co-Instructor (Introductory Psychology)<br>Department of Psychology<br>Florida State University |

## Clinical

| 9/96 - present | Director<br>Forensic Clinic, Department of Psychology<br>Drexel University (MCP Hahnemann University prior to 7-02 merger) |
|---|---|
| 10/91 - 6/94 | Clinical Director<br>Forensic Services<br>Central State Hospital |
| 4/84 - 10/91 | Independent practice of psychology<br>Tallahassee, Florida |
| 11/84 - 10/91 | Consulting psychologist |

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 4

|  | Specialized Treatment Program<br>A.G. Dozier School for Boys |
|---|---|
| 2/88 - 10/91 | Chief Psychologist<br>Forensic Service<br>Florida State Hospital |
| 10/83 - 2/88 | Clinical and research psychologist<br>Forensic Service<br>Florida State Hospital |
| 8/82 - 10/83 | Staff psychologist<br>Forensic Service<br>Florida State Hospital |
| 10/81 - 4/84 | Consulting psychologist<br>Psychology Clinic<br>Florida State University |
| 4/82 - 7/82 | Consulting postdoctoral fellow<br>Forensic Service<br>Florida State Hospital |
| 10/81 - 3/82 | Consulting postdoctoral fellow<br>Federal Correctional Institution<br>Tallahassee, Florida |
| 1/81 - 7/81 | Staff psychologist<br>Austin State Hospital<br>Austin, Texas |

Consultation

| 7/05 | Invited Participant<br>Conference on Psychological Assessment and Deception<br>National Science Foundation |
|---|---|
| 6/03 - 7/03 | Site Visitor<br>School of Juvenile Justice and Psychology<br>Prairie View A & M University<br>Prairie View, Texas<br>Program Development Site Visit and Report |

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 5

| | |
|---|---|
| 4/02 - 7/02 | Consultant<br>Florida Department of Children and Families<br>Tallahassee, FL<br>Forensic Admissions Project |
| 8/01 - present | Research Advisory Board<br>School Violence Curriculum Grant (Dewey Cornell, Ph.D., PI)<br>University of Virginia |
| 8/01 - present | Research Advisory Board<br>National Center for the Analysis of Violent Crime<br>Federal Bureau of Investigation |
| 1/01 - present | Forensic Psychology Consultant<br>Park Dietz & Associates, Inc.<br>Newport Beach, CA |
| 10/00 - present | Research Consultant<br>Community Education Centers<br>Roseland, NJ<br>Research and Policy |
| 8/00 - 8/01 | American Bar Association and Juvenile Law Center<br>Washington, D.C. and Philadelphia, PA<br>Development of Curriculum on Assessment of Adolescents<br>in Juvenile Justice System |
| 10/99 - 8/03 | Pillsbury Corporation<br>Fitness for Duty Consultant |
| 1/99 - 6/99 | Violence Risk Assessment Consultant<br>New Jersey Department of Human Services<br>Division of Mental Health Services |
| 8/97 - 9/97 | Grant Reviewer<br>Office for Victims of Crime<br>U.S. Department of Justice |
| 6/97 - present | Advisory Board<br>Forensic Psychology Program<br>Federal Bureau of Investigation |
| 2/97 | Texas Education Commission |

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 6

|  | Site Visitor, Proposed Forensic Clinical Training Program<br>Sam Houston State University |
|---|---|
| 7/95 - present | U.S. Airways<br>Disability Evaluation and Consultation |
| 7/95 - 6/99 | Advisory Board, Juvenile Training Grant<br>Institute of Law, Psychiatry, and Public<br>  Policy, University of Virginia |
| 9/94 - present | Psychiatric Disability Consultants, Inc.<br>Disability Evaluation and Consultation |
| 6/94 - 6/03 | Giant Food Corporation<br>Fitness for Duty Assessment |
| 12/89 | APA/U.S. House of Representatives<br>Re USS Iowa |
| 7/89 | Initial Review Group<br>National Institute of Mental Health |
| 6/89 | Tampa Crossroads, Inc.<br>Clearwater, FL |

<u>Workshops and Lectures</u> (2001-2006)

12/06 Presented lecture on "Risk assessment of violence: An update," for the National Center for the Analysis of Violent Crime, Federal Bureau of Investigation, Garrisonville, VA

11/06 Presented workshops on "Competence to stand trial: Assessment and restoration," for the Pennsylvania Forensic Evaluation Project, Grantville, PA

11/06 Presented lectures on "Juvenile Assessment," "Risk Assessment," and "Principles of Forensic Assessment" as part of two workshops (Survey and Advanced) for the American Academy of Forensic Psychology, Pittsburgh, PA.

5/06 Presented workshops on "Competence to stand trial: Assessment and restoration," for the Pennsylvania Forensic Evaluation Project, Norristown, PA and Mayview, PA

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 7

5/06    Presented lecture on "Adolescent Development and Forensic Mental Health
        Assessment" for the Public Defender Training Conference on Adolescent
        Development, Trenton, NJ.

1/06    Presented lectures on "Juvenile Assessment," "Risk Assessment," and "Principles
        of Forensic Assessment" as part of two workshops (Survey and Advanced) for the
        American Academy of Forensic Psychology, Berkeley, CA.

7/05    Presented lecture on "Psychological testing:  A primer for judges" at the Annual
        Conference of the National Council of Juvenile and Family Court Judges,
        Pittsburgh, PA.

5/05    Presented workshops on "Forensic mental health assessment:  Relevant law and
        principles of practice," for the Pennsylvania Forensic Evaluation Project,
        Norristown, PA and Mayview, PA

1/05    Presented lecture on "Assessing risk of violence:  An update on tools and
        strategies" for Grand Rounds, Department of Psychiatry, North Shore University
        Hospital, Manhasset, NY.

1/05    Presented lectures on "Juvenile Assessment," "Risk Assessment," and "Principles
        of Forensic Assessment" as part of two workshops (Survey and Advanced) for the
        American Academy of Forensic Psychology, Charleston, SC.

11/04   Presented lectures on "Juvenile Assessment," "Risk Assessment," and "Principles
        of Forensic Assessment" as part of two workshops (Survey and Advanced) for the
        American Academy of Forensic Psychology, Chicago, IL.

5/04    Presented a one day workshop on "Forensic Mental Health Assessment: Principles
        and Cases" for the American Academy of Forensic Psychology, Nashville, TN.

7/03    Presented a two day workshop with Joel Dvoskin, Ph.D, on "Risk Assessment and
        Risk Management of Violence."  Presented at the Psychology & Law International
        Conference, Edinburgh, Scotland, July 2003.

4/03    Presented a one-day workshop on "Risk Assessment: Advanced Considerations"
        for the American Academy of Forensic Psychology, Albuquerque, NM

12/02   Presented a one-day workshop on "Risk Assessment for Juveniles" for the Annual
        Forensic Conference, North Texas State Hospital, Vernon, TX

7/02    Presented a one-day workshop on "Risk Assessment for Sexual Offenders" for the
        Wichita Area Sexual Assault Center, Wichita, KS

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 8

6/02    Presented a two-hour lecture on "Update on Risk Assessment" for the New York
City Family Court staff, New York, NY

5/02    Presented a three-hour lecture on "Risk Management: An Update," for the Institute
of Law, Psychiatry, and Public Policy, University of Virginia, Charlottesville, VA

11/01   Presented a one-day workshop on "Risk Assessment: Approaches, Populations,
Communication, and Decision-Making" for the American Academy of Forensic
Psychology, Philadelphia, PA

10/01   Presented a half-day workshop on "Mental Health Assessments in the Justice
System" for the Westmoreland Bar Association, Greensburg, PA

7/01    Presented a half-day workshop (with Elizabeth Cauffman, Ph.D., and Lourdes
Rosado, Esq.) on "How to Use Knowledge of Adolescent Development and
Mental Health Assessments in Court Decision-Making" for the Pennsylvania
Conference of State Trial Judges, Hershey, PA

6/01    Presented a half-day workshop (with Lourdes Rosado, Esq., of the Juvenile Law
Center) on "Mental Health Assessments in the Justice System: How to Get High-
Quality Evaluations and What to Do With Them in Court," for the Pennsylvania
Bar Association's 18th Annual Criminal Law Symposium, Harrisburg, PA

5/01    Presented a half-day workshop on "Forensic Mental Health Assessment: An
Overview," for LaSalle University, Philadelphia, PA

5/01    Presented a half-day workshop on "Risk Assessment: Approaches, Populations,
Communication, and Decision-Making" at Psychiatric Nursing 2001: The
Conference for Psychiatric Nurses, MCP Hahnemann University, Phildadelphia,
PA

(Between 5-81 and 12-00, a total of 98 lectures or workshops were presented in the areas
of violence risk assessment, sexual offending, forensic mental health assessment, and
forensic ethics.)

<u>Research</u>

<u>Interests</u>

Aggression, Forensic Psychological Assessment, Risk Assessment, Risk
Communication, Treatment of Mentally Disordered Offenders and Juveniles

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 9

## Grant and Contract Support

| 7/04 to present | "Pennsylvania Forensic Evaluation Project" Funded by City of Philadelphia and Commonwealth of PA Total Support: $340,000 |
|---|---|

| 3/01 to present | Research Consultation Project Funded by Community Education Centers, Inc., Trenton, NJ Total Support: $297,000 |
|---|---|

| 12/01 to 7/03 | "Violence Risk Assessment Software" Funded by National Institutes of Health through Policy Research Associates, Delmar, NY Total Subcontract Support: $191,570 |
|---|---|

| 7/95 to 6/00 | "Identifying and Validating Risk Factors for Juvenile Criminal Recidivism in Virginia" Funded by Virginia Department of Criminal Justice Services and Virginia Department of Juvenile Justice Total Support: $109,300 |
|---|---|

| 8/94 to 1/95 | Risk Assessment: Assessment, Intervention, Decision-Making, and Quality Improvement" Funded by Virginia DMHMRSAS Total Support: $37,000 |
|---|---|

| 9/84 to 10/91 | Florida Forensic Admissions Research Project Funded by Florida Department of Health and Rehabilitative Services Total support: $360,000 |
|---|---|

| 1/90 to 12/91 | NGRI Risk Assessment Pilot Project Funded by MacArthur Research Network on Mental Health and Law Total support: $80,000 |
|---|---|

## Refereed Publications

Kramer, G., Wolbransky, M., & Heilbrun, K. (in press). Plea bargaining recommendations by criminal defense attorneys: Evidence strength, potential sentence, and defendant preference. Behavioral Sciences & the Law.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 10

Heilbrun, K., & Erickson, J. (in press). Academic psychology and corrections: The utility of partnerships. Corrections Today.

DeMatteo, D., Heilbrun, K., & Marczyk, G. (2006). An empirical investigation of psychopathy in a noninstitutionalized and noncriminal sample. Behavioral Sciences & the Law, 24, 133-146.

Heilbrun, K., & Kramer, G. (2005). Involuntary medication, trial competence, and clinical dilemmas: Implications of Sell v. United States for psychological practice. Professional Psychology: Research and Practice, 36, 459-466.

DeMatteo, D., Heilbrun, K., & Marczyk, G. (2005). Psychopathy, risk of violence, and protective factors in a noninstitutionalized and noncriminal sample. International Journal of Forensic Mental Health, 4, 147-157.

Monahan, J., Steadman, H., Robbins, P.C., Appelbaum, P., Banks, S., Grisso, T., Heilbrun, K., Mulvey, E., Roth, L., & Silver, E. (2005). Prospective validation of the multiple iterative classification tree model of violence risk assessment. Psychiatric Services, 56, 810-815.

Marczyk, G., Heilbrun, K., Lander, T., & DeMatteo, D. (2005). Juvenile decertification: Developing a model for classification and prediction. Criminal Justice and Behavior, 32, 278-301.

Heilbrun, K., DeMatteo, D., Marczyk, G., Finello, C., Smith, R., & Mack-Allen, J. (2005). Applying principles of forensic mental health assessment to capital sentencing. Widener Law Review, 11, 93-118.

Heilbrun, K., & Lander, T. (2004). Forensic mental heath assessment. Encyclopedia of Applied Psychology, 2, 29-42.

Kraemer, G., Lord, W., & Heilbrun, K. (2004). Comparing single and serial homicide offenses. Behavioral Sciences & the Law, 22, 326-343.

Heilbrun, K., O'Neill, M., Stevens, T., Strohman, L., Bowman, Q., & Lo, Y. (2004). Normative approaches to communicating violence risk: A national survey of psychologists. Behavioral Sciences & the Law, 22, 187-196.

Heilbrun, K., DeMatteo, D., & Marczyk, G. (2004). Pragmatic psychology, forensic mental health assessment, and the case of Thomas Johnson: Applying principles to promote quality. Psychology, Public Policy, and Law, 10, 31-70.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 11

Heilbrun, K., Marczyk, G., DeMatteo, D., Zillmer, E., Harris, J., & Jennings, T. (2003). Principles of forensic mental health assessment: Implications for neuropsychological assessment in forensic contexts. Assessment, 10, 329-343.

O'Neill, M. L., Lidz, V., & Heilbrun, K. (2003). Predictors and correlates of psychopathic characteristics in substance abusing adjudicated adolescents. International Journal of Forensic Mental Health, 2, 35-45.

Marczyk, G., Heilbrun, K., DeMatteo, D., & Bell, B. (2003). Using a model to guide data gathering, interpretation, and communication in capital mitigation evaluations. Journal of Forensic Psychology Practice, 3, 89-103.

O'Neill, M., Lidz, V., Heilbrun, K., & Korein, L. (2003). Adolescents with psychopathic characteristics in a substance abusing cohort: Treatment process and outcomes. Law and Human Behavior, 27, 297-311.

Heilbrun, K., & Otto, R.K. (2003). Forensic psychology and board certification. American Psychologist, 58, 80.

Marczyk, G., Heilbrun, K., Lander, T., & DeMatteo, D. (2003). Predicting juvenile recidivism with the PCL-YV, MAYSI, and YLS-CMI. International Journal of Forensic Mental Health, 2, 7-18.

Monahan, J., Heilbrun, K., Silver, E., Nabors, E., Bone, J., and Slovic, P. (2002). Communicating violence risk: Frequency formats, vivid outcomes, and forensic settings. International Journal of Forensic Mental Health, 1, 121-126.

Heilbrun, K. (2002). Forward. Criminal Justice and Behavior, 29, 495-496.

Otto, R.K., & Heilbrun, K. (2002). The practice of forensic psychology: A look toward the future in light of the past. American Psychologist, 57, 5-18.

Cottle, C., Lee, R., & Heilbrun, K. (2001). The prediction of criminal recidivism in juveniles: A meta-analysis. Criminal Justice and Behavior, 28, 367-394.

Dvoskin, J., & Heilbrun, K. (2001). Risk assessment and release decision-making: Toward resolving the great debate. Journal of the American Academy of Psychiatry and Law, 29, 6-10.

Heilbrun, K., & Kramer, G. (2001). Advances in risk assessment and implications for forensic practice: A five year update (1995-2000). Journal of Forensic Psychology Practice, 1, 55-63.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 12

Heilbrun, K., & Witte, G. (2000). The role of the independent versus the treating expert. Family Advocate, 23, 8-13.

Kramer, G., & Heilbrun, K. (2000). Advances in risk assessment: Implications for corrections. Correctional Mental Health Reporter, 2, 17-18, 25-30. Reprinted as Kramer, G., & Heilbrun, K. (2001). Decade of advances in risk assessment: Implications for corrections. In Landsberg, G., & Smiley, A. (Eds.), Forensic mental health: Working with offenders with mental illness (pps. 47-49). Kingston, N.J.: Civic Research Institute.

Heilbrun, K., Brock, W., Waite, D., Lanier, A., Schmid, M., Witte, G., Keeney, M., Westendorf, M., Buinavert, L., & Shumate, M. (2000). Risk factors for juvenile criminal recidivism: The post-release community adjustment of juvenile offenders. Criminal Justice and Behavior, 27, 275-291.

Heilbrun, K., O'Neill, M., Strohman, L., Bowman, Q., & Philipson, J. (2000). Expert approaches to communicating violence risk. Law and Human Behavior, 24, 137-148.

Heilbrun, K., Ogloff, J., & Picarello, K. (1999). Dangerous offender sentencing statutes: Implications for risk assessment. International Journal of Law and Psychiatry, 22, 393-415.

Heilbrun, K., Philipson, J., Berman, L., & Warren, J. (1999). Risk communication: Clinicians' reported approaches and perceived values. Journal of the American Academy of Psychiatry and the Law, 27, 397-406.

Heilbrun, K., & Witte, G. (1999). The MacArthur Risk Assessment Study: Implications for practice, research, and policy. Marquette Law Review, 82, 733-757.

Heilbrun, K., Dvoskin, J., Hart, S., & McNiel, D. (1999). Violence risk communication: Implications for research, policy, and practice. Health, Risk, & Society, 1, 91-106.

Shuman, D., Greenberg, S., Heilbrun, K., & Foote, W. (1999). An immodest proposal: Should treating mental health professionals be barred from testifying about their patients? Behavioral Sciences & the Law, 16, 509-523.

Heilbrun, K., Nezu, C., Keeney, M., Chung, S., & Wasserman, A. (1998). Sexual offending: Linking assessment, intervention, and decision-making . Psychology, Public Policy, and Law, 4, 138-172.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 13

Heilbrun, K., Hart, S., Hare, R., Gustafson, D., Nunez, C., & White, A. (1998). Mentally disordered offenders and inpatient aggression: The role of psychopathy. Journal of Interpersonal Violence, 13, 514-527.

Heilbrun, K. (1997). Prediction vs. management models relevant to risk assessment: The importance of legal context. Law and Human Behavior, 21, 347-359.

Heilbrun, K., Leheny, C., Thomas, L., & Huneycutt, D. (1997). A national survey of U.S. statutes on juvenile transfer: Implications for policy and practice. Behavioral Sciences & the Law, 15, 125-149.

Heilbrun, K., Hawk, G. & Tate, D. (1996). Juvenile competence to stand trial: Research issues in practice. Law and Human Behavior, 20, 573-578.

White, A., & Heilbrun, K. (1995). The classification of overcontrolled hostility: Comparison of two diagnostic methods. Criminal Behaviour & Mental Health, 5, 106-123.

Heilbrun, K. (1995). Child custody evaluations: Critically assessing mental health experts and psychological tests. Family Law Quarterly, 29, 63-78.

Heilbrun, K., & Collins, S. (1995). Evaluations of trial competency and mental state at the time of the offense: Report characteristics. Professional Psychology: Research and Practice, 26, 61-67.

Heilbrun, K., Golloway, G., Shoukry, V., & Gustafson, D. (1995). Physical control in civil and forensic patients. Psychiatric Quarterly, 66, 1-13.

Heilbrun, K., Lawson, K., Spier, S., & Libby, J. (1994). Community placement for insanity acquittees: Assessing residential programs and person-situation fit. Bulletin of the American Academy of Psychiatry and the Law, 22, 551-560.

Heilbrun, K., Rosenfeld, B., Warren, J., & Collins, S. (1994). The use of third party information in forensic assessments: A two-state comparison. Bulletin of the American Academy of Psychiatry and the Law, 22, 399-406.

Heilbrun, K., & Griffin, P. (1993). Community-based treatment of insanity acquittees. International Journal of Law and Psychiatry, 16, 1-18.

Heilbrun, K., Nunez, C.E., Deitchman, M.A., Gustafson, D., & Krull, K. (1993). The treatment of mentally disordered offenders: A national survey of psychiatrists. Bulletin of the American Academy of Psychiatry & the Law, 20, 475-480.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 14

Heilbrun, K., Radelet, M., & Dvoskin, J. (1993). Competency for execution and hard ethical choices: In reply. American Journal of Psychiatry, 150, 678.

Heilbrun, K. (1992). Introduction to the Special Issue on Psychopathology and Crime. Forensic Reports, 5, 1-4.

Heilbrun, K. (1992). The role of psychological testing in forensic assessment. Law and Human Behavior, 16, 257-272.

Heilbrun, K., Bennett, W.S., Evans, J.H., Offutt, R.A., Reiff, H.J., & White, A.J. (1992). Assessing treatability in mentally disordered offenders: Strategies for improving reliability. Forensic Reports, 5, 85-96.

Heilbrun, K., Radelet, M., & Dvoskin, J. (1992). The debate on treating those incompetent for execution. American Journal of Psychiatry, 149, 596-605.

Carbonell, J.C., Heilbrun, K., & Friedman, F.L. (1992). Predicting who will regain trial competency: Initial promise unfulfilled. Forensic Reports, 5, 67-76.

Griffin, P.A., Steadman, H.J., & Heilbrun, K. (1991). Designing conditional release systems for insanity acquittees. Journal of Mental Health Administration, 18, 231-241.

Poythress, N.G., Otto, R.K., & Heilbrun, K. (1991). Pre-trial evaluations for criminal courts: Contemporary models of service delivery. Journal of Mental Health Administration, 18, 198-208.

Committee on Ethical Guidelines for Forensic Psychologists (Golding, S.L., Grisso, T., Shapiro, D., Weissman, H., Fein, R., Heilbrun, K., McKenna, J., Poythress, N., and Shuman, D.) (1990). Specialty guidelines for forensic psychologists. Law and Human Behavior, 15, 655-665.

Heilbrun, K. (1990). Response style, situation, third party information, and competency to stand trial: Scientific issues in practice. Law and Human Behavior, 14, 193-196.

Heilbrun, K., Bennett, W.S., White, A., & Kelly, J. (1990). An MMPI-based empirical model of malingering and deception. Behavioral Sciences and the Law, 8, 45-53.

Otto, R.K., Heilbrun, K., & Grisso, T. (1990). Training and credentialing in forensic psychology. Behavioral Sciences and the Law, 8, 217-231.

Heilbrun, K. & Annis, L. (1988). Psychology research and training in forensic facilities: A national survey. Professional Psychology: Research and Practice, 19, 211-215.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 15

Heilbrun, K., Heilbrun, P.G., & Griffin, N. (1988). Comparing females acquitted by reason of insanity, convicted, and civilly committed in Florida: 1977-1984. Law and Human Behavior, 12, 295-311.

Heilbrun, K., & McClaren, H. (1988). Assessment of competency for execution? A guide for mental health professionals. Bulletin of the American Academy of Psychiatry and the Law, 16, 206-216.

Heilbrun, K., Bennett, W.S., Evans, J., Offutt, R., Reiff, H., & White, A. (1988). Assessing treatability in mentally disordered offenders: A conceptual and methodological note. Behavioral Sciences & the Law, 6, 479-486.

Heilbrun, K. (1987). The assessment of competency for execution: An overview. Behavioral Sciences and the Law, 5, 383-396.

Heilbrun, K. (1982). Reply to Silverman. Journal of Abnormal Psychology, 91, 134-135.

Heilbrun, K. (1980). Silverman's subliminal psychodynamic activation: A failure to replicate. Journal of Abnormal Psychology, 89, 560-566.

Heilbrun, A.B., & Heilbrun, K. (1977). The black minority criminal and violent crime: The role of self-control. British Journal of Criminology, 17, 370-377.

Heilbrun, A.B., & Heilbrun, K. (1977). Content analysis of delusions in reactive and process schizophrenics. Journal of Abnormal Psychology, 86, 597-608.


Non-Refereed Publications

Heilbrun, K. (1998). Comment on FBSR: Assessing "dangerousness" in civil commitment. The Forensic Echo.

Heilbrun, K., Thomas, L., & Leheny, C. (1997). Juveniles in adult court: Implications for the practice of forensic mental health assessment. Ohio Psychologist.


Books

Greene, E., Heilbrun, K., Fortune, W., & Nietzel, M. (2006). Wrightsman's psychology and the legal system (6th edition). Belmont, CA:: Wadsworth.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 16

Heilbrun, K., Goldstein, N., & Redding, R. (Eds.) (2005). <u>Juvenile delinquency:</u>
<u>Prevention, assessment, and intervention</u>. New York: Oxford University Press.

Heilbrun, K., Marczyk, G., & DeMatteo, D. (2002). <u>Forensic mental health assessment:</u>
<u>A casebook</u>. New York: Oxford University Press.

Heilbrun, K. (2001). <u>Principles of forensic mental health assessment</u>. New York:
Kluwer Academic/Plenum Press. (2004 Book Award from American Psychology-
Law Society)


Book Chapters

Marczyk, G., Knauss, L., Kutinsky, J., DeMatteo, D., & Heilbrun, K. (in press). The
legal, ethical, and applied aspects of capital mitigation evaluations: Practice
guidance from a principles-based approach. In H. Hall (Ed.), <u>Forensic psychology</u>
<u>and neuropsychology for criminal and civil cases</u>. New York: Taylor & Francis,
CRC Press.

Marczyk, G., DeMatteo, D., Kutinsky, J., & Heilbrun, K. (in press). Training in forensic
assessment and intervention: Implications for principle-based models. In R.L.
Jackson (Ed.), <u>Learning forensic assessment</u>. Mahwah, NJ: Lawrence Erlbaum
Associates.

Heilbrun, K., & Erickson, J. (in press). A behavioral science perspective on identifying
and managing hindsight bias and unstructured judgment: Implications for legal
decision-making. In D. Carson, B. Milne, F. Pakes, K. Shalev, & A. Shawyer (Eds.),
<u>Applying psychology to criminal justice</u>. Chichester, UK: John Wiley & Sons.

Heilbrun, K., Marczyk, G., DeMatteo, D., & Mack-Allen, J. (2007). A principles-based
approach to forensic mental health assessment. In A. Goldstein (Ed.), <u>Forensic</u>
<u>psychology: Advanced topics</u> (pp. 45-72). New York: Wiley.

Heilbrun, K., Goldstein, N., & Redding, R. (2005). Emerging directions: Implications for
research, policy, and practice. In K. Heilbrun,, N. Goldstein, & R. Redding (Eds.),
<u>Current perspectives on juvenile delinquency: Prevention, assessment, and</u>
<u>intervention</u> (pp. 323-330). New York: Oxford University Press.

Heilbrun, K., Lee, R., & Cottle, C. (2005). Risk factors and intervention outcomes:
Meta-analyses of juvenile offending. In K. Heilbrun,, N. Goldstein, & R. Redding
(Eds.), <u>Current perspectives on juvenile delinquency: Prevention, assessment, and</u>
<u>intervention</u> (pp. 111-133). New York: Oxford University Press.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 17

Redding, R., Goldstein, N., & Heilbrun, K. (2005). Juvenile delinquency: Past and present. In K. Heilbrun,, N. Goldstein, & R. Redding (Eds.), Current perspectives on juvenile delinquency: Prevention, assessment, and intervention (pp. 3-18). New York: Oxford University Press.

Heilbrun, K. (2003). Principles of forensic mental health assessment: Implications for the forensic assessment of sexual offenders. In R.A. Prentky, E. Janus, & M.E. Seto (Eds.), Sexually coercive behavior: Understanding and management (pp. 1-18). New York: Annals of the New Academy of Sciences, Volume 989.

Heilbrun, K. (2003). From risk assessment to risk management. In D. Carson and R. Bull (Eds.), Handbook of psychology in legal contexts (2nd edition) (pp. 127-142). Chichester, U.K.: Wiley.

Heilbrun, K., Warren, J., & Picarello, K. (2003). Use of third party information in forensic assessment. In I. Weiner (Editor-in-Chief), Comprehensive handbook of psychology. In A. Goldstein (Ed.), Volume 11, Forensic psychology (pp. 69-86). New York: Wiley.

Heilbrun, K., Rogers, R., & Otto, R. (2002). Forensic assessment: Current status and future directions. In J. Ogloff (Ed.), Psychology and law: Reviewing the discipline (pp. 120-147). New York: Kluwer Academic/Plenum Press.

Poythress, N., Slobogin, C., Stevens, T., & Heilbrun, K. (2002). Insanity and diminished capacity: Scientific status. In D. Faigman, D. Kaye, M. Saks, & J. Sanders (Eds.), Modern scientific evidence: The law and science of expert testimony (pp. 22-76). St. Paul, MN: The West Group.

Heilbrun, K., & Peters, L. (2000). The efficacy and effectiveness of community treatment programmes in preventing crime and violence among individuals with serious mental disorders. In S. Hodgins (Ed.), Violence among the mentally ill: Effective treatments and management strategies (pp. 341-357). New York: Kluwer Academic.

Heilbrun, K., & Peters, L. (2000). Community-based treatment programmes. In S. Hodgins & R. Muller-Isberner (Eds.), Violence, crime and mentally disordered offenders: Concepts and methods for effective treatment and prevention (pp. 193-215). New York: Wiley.

Heilbrun, K., & Griffin, P.A. (1999). Forensic treatment: A review of programs and research. In R. Roesch, S. Hart, & J. Ogloff (Eds.), Law and psychology: The state of the discipline (pp. 241-274). New York: Plenum.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 18

Heilbrun, K., & Griffin, P.A. (1998). Community based forensic treatment. In R.M. Wettstein (Ed.), <u>Treatment of offenders with mental disorders</u> (pp. 168-210). New York: Guilford.

Heilbrun, K., and Heilbrun, A.B. (1995). Risk assessment with the MMPI-2 in forensic evaluations. In Y.S. Ben-Porath, J.R. Graham, G.C.N. Hall, R.D. Hirschman, and M.S. Zaragoza (Eds.), <u>Forensic applications of the MMPI-2</u> (pp. 160-178). Thousand Oaks, CA: Sage Publications.

<u>Book Reviews</u>

Heilbrun, K. (2004). Expanding the boundaries of forensic psychiatry: Review of <u>Textbook of Forensic Psychiatry</u>. <u>PsychCritiques</u>, 49, no pagination specified.

Heilbrun, K. (2000). Review of <u>Violent offenders: Appraising and managing risk</u>. <u>Psychiatric Services</u>, <u>51</u>, 395-396.

Heilbrun, K. (1999). The maturing of therapeutic jurisprudence: Review of <u>Law in a Therapeutic Key</u>. <u>Behavioral Sciences & the Law</u>, <u>17</u>, 683-686.

Heilbrun, K. (1991). Treating the mentally disordered offender. <u>Contemporary Psychology</u>, <u>36</u>, 148-149.

<u>Under Review</u>

Heilbrun, K., DeMatteo, D., Marczyk, G., & Goldstein, A. Toward informing a standard of care in forensic mental health assessment: Legal, professional, and principles-based considerations.

Marczyk, G., DeMatteo, D., & Heilbrun, K. Toward a principles-based model in forensic intervention: Implications for training, practice, research, and public policy.

<u>In Preparation</u>

Heilbrun, K., Dvoskin, J., Mulvey, E., & Novaco, R. Dynamic aspects of violence risk assessment: A research agenda for the next decade.

Heilbrun, K., & Redding, R. <u>Forensic mental health assessment in Pennsylvania: A sourcebook</u>.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 19

Presentations

Harris, J., & Heilbrun, K. (2007, August).  Mediator educational qualifications for
    custody mediation.  Presented at the Annual Convention of the American
    Psychological Association, San Francisco, CA.

Wiltsey, M., Frescatore, L., Wilson, R., & Heilbrun, K. (2007, August).  Risk factors for
    intimate partner homicide.  Presented at the Annual Convention of the American
    Psychological Association, San Francisco, CA.

Heilbrun, K. (2007, January).  Violence risk assessment: An update.  Invited address
    presented as part of the Law-Psychology speaker series, Villanova School of Law,
    Villanova, PA.

Nezu, C.M., Nezu, A.M., Heilbrun, K., Greenberg, J., DiFrancisco, M., & Clair, M.
    (2006, November).  Project CBT: A PST-based intervention for sex offenders.
    Presented at the 40th Annual Convention of the Association of Behavioral and
    Cognitive Therapies, Chicago, Illinois.

Lyons, S., & Heilbrun, K. (2006, August).  Functional capacities of juveniles relevant to
    psychosocial judgment: A survey of statutes in U.S. state and federal jurisdictions.
    Presented at the Annual Convention of the American Psychological Association,
    New Orleans, Louisiana.

Heilbrun, K. (2006, August).  Best practices in forensic inpatient settings: Clinical
    update.  Invited Address delivered to the National Association of State Mental
    Health Program Directors/Forensic Division Conference, Annapolis, Maryland.

Heilbrun, K. (2006, June).  Risk communication and risk management: Empirical update
    and future directions.  Invited Keynote Address delivered to the International
    Association of Forensic Mental Health Services, Amsterdam, The Netherlands.

Heilbrun, K., & Kalbeitzer, R. (2006, June).  Administering and interpreting the COVR.
    Presented at the International Association of Forensic Mental Health Services,
    Amsterdam, The Netherlands.

Kramer, G., Wolbransky, M., & Heilbrun, K. (2006, March).  Plea bargaining
    recommendations by criminal defense attorneys: Legal, psychological, and
    substance abuse rehabilitative influences.  Presented at the Annual Conference of the
    American Psychology-Law Society/Division 41, Tampa, Florida.

Lander, T., Pich, M., Loiselle, K., & Heilbrun, K. (2006, March).  The content and
    quality of forensic mental health assessment: Validation of a principles-based

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 20

approach. Presented at the Annual Conference of the American Psychology-Law Society/Division 41, Tampa, Florida.

Nabors, A., Snyder, A., Wolbransky, M., Erikson, J., Pich, M., & Heilbrun, K. (2006, March). The effect of formal and informal coercion on managing risk for violence in the community. Presented at the Annual Conference of the American Psychology-Law Society/Division 41, Tampa, Florida.

Smith, R., & Heilbrun, K. (2006, March). Community based forensic treatment: A 5-year update. Presented at the Annual Conference of the American Psychology-Law Society/Division 41, Tampa, Florida.

Sanschagrin, K., Stevens, T., Bove, A., & Heilbrun, K. (2006, March). Quality of forensic mental health assessment of juvenile offenders: An empirical investigation. Presented at the Annual Conference of the American Psychology-Law Society/Division 41, Tampa, Florida.

Heilbrun, K. (2006, March). Principles of forensic mental health assessment: Implications for the development of a standard of care. Presented at the Annual Conference of the American Psychology-Law Society/Division 41, Tampa, Florida.

Heilbrun, K. (2005, October). Managing the mentally ill offender in the community. Invited address presented at the First Biennial Forensic Mental Health Conference: Bridging Assessment, Treatment, and Care, Vancouver, British Columbia, Canada.

Heilbrun, K. (2005, October). Treatment issues in forensic mental health. Invited address presented at the First Biennial Forensic Mental Health Conference: Bridging Assessment, Treatment, and Care, Vancouver, British Columbia, Canada.

Grossman, N., Heilbrun, K., Gindes, M., Connell, M., & Okun, B. (2005, August). Child custody evaluations: Uses and misuses. Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Heilbrun, K. (2005, August). Discussant for Applying the principles of forensic mental health assessment to forensic consultation models. Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Fass, T., Fretz, R., Scarafile, S., Smith, B., Wolbransky, M., & Heilbrun, K. (2005, August). The relationship between criminogenic variables and rearrest. Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 21

Fass, T., Fretz, R., Scarafile, S., Smith, B., Reynolds, A., Erickson, J., & Heilbrun, K.
(2005, August).  The COMPAS and the LSI-R:  Predictive validity of two risk-needs
tools.  Presented at the Annual Convention of the American Psychological
Association, Washington, D.C.

Heilbrun, K. (2005, May).  Advances in our understanding of juvenile delinquency:
Implications for the forensic assessment of juveniles.  Invited address in Dean's
Seminar Series, College of Arts and Sciences, Drexel University, Philadelphia,
Pennsylvania.

Wolbransky, M., Fass, T., & Heilbrun, K. (2005, April).  The Level of Service Inventory-
Revised and offender recidivism:  Predictive validity in a U.S. urban cohort.
Presented at Research Day, College of Arts and Sciences, Drexel University,
Philadelphia, Pennsylvania.

Heilbrun, K. (2005, March).  Advances in our understanding of juvenile delinquency:
Implications for the forensic assessment of juveniles.  Distinguished Contributions to
Forensic Psychology Invited Address, Annual Conference of the American
Psychology-Law Society, La Jolla, California.

Heilbrun, K. (2005, March).  The role of master's level training in relation to doctoral
training and specialization in forensic psychology.  Presented at the Annual
Conference of the American Psychology-Law Society, La Jolla, California.

Heilbrun, K., Dvoskin, J., & Slobogin, C. (2005, March).  The ABA Task Force on
Mental Disability and the Death Penalty:  Update on the Resolution.  Presented at the
Annual Conference of the American Psychology-Law Society, La Jolla, California.

Heilbrun, K. (2005, March).  Discussant for Identifying high risk patients and discussing
their dynamic risk factors for violence.  Annual Conference of the American
Psychology-Law Society, La Jolla, California.

Heilbrun, K. (2004, August).  The substance and style of expert testimony: Ethics and
effectiveness.  Presented at the Annual Convention of the American Psychological
Association, Honolulu, Hawaii.

Heilbrun, K. (2004, July).  Restoring competence for execution: Ethical and treatment
implications.  Presented at the Annual Convention of the National Commission on
Correctional Health Care, Las Vegas, Nevada.

Fass, T., Heilbrun, K., Fretz, R., & Mackey, R. (2004, June).  The COMPAS and the LSI-
R: Predictive validity of two risk-needs tools.  Presented at the 4th Annual

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 22

International Association of Forensic Mental Health Services Conference, Stockholm, Sweden.

Heilbrun, K. (2004, June). Communicating and reviewing the results of forensic examinations. Presented at the APA/ABA Conference on Children and the Law, Washington, D.C.

Heilbrun, K. (2004, June). Violence risk assessments: State of the art for court proceedings. Presented at the APA/ABA Conference on Children and the Law, Washington, D.C.

Heilbrun, K. (2004, March). Strategies for applying FMHA principles to different populations and specialized forms of forensic assessment. Presented at the Annual Conference of the American Psychology-Law Society, Scottsdale, Arizona.

Heilbrun, K. (2004, March). Dynamic risk factors: The five "best bets." Presented at the Annual Conference of the American Psychology-Law Society, Scottsdale, Arizona.

Egan, A., Monahan, J., Nabors, E, Delores, J., Platek, S., & Heilbrun, K. (2004, March). Psychologists' perceptions of risk communication: Generic versus passive agency. Presented at the Annual Conference of the American Psychology-Law Society, Scottsdale, Arizona.

Sanschagrin, K., Stevens, T., Bove, A., & Heilbrun, K. (2004, March). The quality of juvenile forensic mental health assessments: An empirical investigation. Presented at the Annual Conference of the American Psychology-Law Society, Scottsdale, Arizona.

Heilbrun, K. (2003, November). Forensic mental health assessment in capital cases: The impact of "I didn't do it" on assessing mitigating factors. Presented at the Widener University School of Law Conference on Culpability and the Death Penalty, Wilmington, Delaware.

Heilbrun, K. (2003, November). The top five ethical issues for mental health professionals in capital sentencing forensic mental health assessment. Presented at the Widener University School of Law Conference on Culpability and the Death Penalty, Wilmington, Delaware.

Heilbrun, K. (2003, August). Update on risk communication: Empirical findings and implications for practice. Accepted but not presented at the Annual Convention of the American Psychological Association, Toronto, Ontario, Canada. (SARS epidemic-related travel advisory).

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 23

Heilbrun, K. (2003, August).  The substance and style of expert testimony: Ethics and effectiveness.  Accepted but not presented at the Annual Convention of the American Psychological Association, Toronto, Ontario, Canada. (SARS epidemic-related travel advisory).

Fass, T.L., Heilbrun, K., & Fretz, R. (2003, August).  The COMPAS: Validation data on a risk/needs tool.  Accepted but not presented at the Annual Convention of the American Psychological Association, Toronto, Ontario, Canada. (SARS epidemic-related travel advisory).

Heilbrun, K. (2003, July).  Challenges in the integration of violence risk assessment research into practice.  Presented at the International Interdisciplinary Conference on Psychology & Law, Edinburgh, Scotland.

Fass, T.L., Heilbrun, K., & Fretz, R. (2003, July).  The Level of Service Inventory-Revised: Validation data on a risk/needs tool.  Presented at the International Interdisciplinary Conference on Psychology & Law, Edinburgh, Scotland.

Kottsieper, P., Draine, J., Solomon, P., & Heilbrun, K. (2003, April).  Individuals with dual diagnosis who have come into contact with the criminal justice system: Results from the MacArthur Violence Screening Instrument.  Presented at the Annual Conference of the International Association of Forensic Mental Health Services, Miami, Florida.

Heilbrun, K. (2002, October).  Principles of forensic mental health assessment.  Presented at the National Conference on Science and the Law, National Institute of Justice, Miami, Florida.

Heilbrun, K. (2002, September).  Principles of forensic mental health assessment: Guidelines for conducting forensic mental health assessments.  Presented at the Behavioral Healthcare and Informatics Tomorrow Conference, Washington, D.C.

Heilbrun, K. (2002, June).  Principles of forensic mental health assessment: Implications for the forensic assessment of sexual offenders.  Presented at "Understanding and Managing Sexually Coercive Behavior," a New York Academy of Sciences Conference, Washington, D.C.

Roepe, S., Heilbrun, K., & Goldstein, N. (2002, April).  Screening delinquent adolescents for STD risk: A missed opportunity to address an important public health issue.  Presented at the Annual Meeting of the Society of Behavioral Medicine, Washington, D.C.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 24

Heilbrun, K. (2002, March).  The importance of feelings in risk communication: A theoretical analysis.  Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Heilbrun, K. (2002, March).  Deriving risk factors for sexual reoffending in juveniles: Methodological considerations.  Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Heilbrun, K. (2002, March).  Chair of symposium "Violence risk assessment: Evidenced based practice and cutting edge issues." Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

DeMatteo, D., Heilbrun, K., & Marczyk, G. (2002, March).  Psychopathy in a noninstitutionalized population: The role of protective factors.  Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Dvoskin, J., Hart, S., & Heilbrun, K. (2002, March).  Assessing the risk of interpersonal violence: An audience participation exercise.  Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Marczyk, G., Heilbrun, K., Lander, T., & DeMatteo, D. (2002, March).  Predicting juvenile recidivism and validating juvenile risk factors in an urban environment. Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Mrozoski, B., Fretz, R., Silver, E., Mackey, R., Oliver, M., & Heilbrun, K. (2002, March).  Characteristics of post-release inmates escaping from community correctional placements.  Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Nabors, N., Monahan, J., Slovic, P., & Heilbrun, K. (2002, March).  The impact of outcome vividness and communication style on psychologists' conclusions regarding violence risk: A national survey.  Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Nabors, E., Heilbrun, K., Nezu, C., & Nezu, A. (2002, March).  Development and initial findings of a measure of sexual offense behavior: The Community Outcome Questionnaire. Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Picarello, K., & Heilbrun, K. (2002, March).  Third party information in juvenile forensic mental health assessment.  Presented at the Biennial Conference of the American Psychology-Law Society, Austin, Texas.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 25

Heilbrun, K. (2001, November).  Risk assessment and risk management: Toward an integration.  Keynote address presented at Conference on "Violence Risk Assessment and Management:  Bringing Science and Practice Closer Together," Sundsvall, Sweden.

Heilbrun, K. (2001, October).  Using forensic psychology in decertification hearings.  Presented at the Juvenile Defender Leadership Summit, Miami Beach, Florida.

Heilbrun, K. (2001, September).  Risk management: An update.  Presented at the Annual Conference of the National Association of State Mental Health Program Directors, Forensic Division, Cincinnati, Ohio.

Lee, R., Cottle, C., & Heilbrun, K.  (2001, August).  Predictors of recidivism in juvenile violent and sexual offenders: A meta-analysis.  Presented at the Annual Convention of the American Psychological Association, San Francisco, California.

Nabors, E., Nezu, C.M., Nezu, A., & Heilbrun, K.  (2000, November).  Development of a behavioral measure of sexual offense behavior:  The Community Outcome Questionnaire.  Presented at the Annual Convention of the Association for the Advancement of Behavior Therapy, New Orleans, Louisiana.

Forensic Psychology Specialty Council (Heilbrun, K., Bank, S., Follingstad, D., & Frederick, R.) (2000, September).  Petition for forensic psychology as an APA specialization.  Presented to the Committee for the Recognition of Specialties and Proficiencies in Professional Psychology, American Psychological Association, Washington, D.C

Heilbrun, K. (2000, August).  Improving assessment of violence risk through case specific information.  Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Lee, R., Cottle, C., & Heilbrun, K. (2000, August).  Interventions to reduce risk in juvenile offenders: A meta-analysis.  Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Philipson, J., & Heilbrun, K. (2000, August).  Factors influencing third party informants' observations of symptom genuineness.  Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Towers, K., Heilbrun, K., & Peters, L. (2000, August).  Decisions to decertify juveniles in Philadelphia: What matters, what doesn't.  Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 26

DeMatteo, D., Marczyk, G., & Heilbrun, K. (2000, June).  A comparison of rates of psychopathy in two diverse defendant populations:  Federal sentencing vs. capital criminal defendants.  Presented at the Annual Convention of the Pennsylvania Psychological Association, Harrisburg, Pennsylvania.

Heilbrun, K.  (2000, March).  Research in risk assessment and risk reduction: Toward an integration.  Invited Symposium Presentation at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

Heilbrun, K., & Dvoskin, J. (2000, March).  Risk assessment and risk reduction: A model for release decision-making.  Presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

DeMatteo, D., Marczyk, G., & Heilbrun, K. (2000, March).  Rates of psychopathy in federal sentencing vs. capital criminal defendants.  Presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

Lareau, C., & Heilbrun, K. (2000, March).  Does coercion affect treatment participation?  Presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

Lareau, C., & Heilbrun, K. (2000, March).  Perceived coercion and the therapeutic alliance: Should the courts coerce offenders into substance abuse treatment?  Presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

O'Neill, M., Heilbrun, K., Korein, L., & Lidz, V.  (2000, March).  Adolescent psychopathy in a substance abusing cohort: Predictors and treatment outcomes.  Presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

Towers, K., & Heilbrun, K. (2000, March).  Identifying determinants of juvenile decertification decisions.  Presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

Witte, G., Heilbrun, K., Lord, W., & Newsome, K. (2000, March).  Multiple and single homicide: A comparison of offense characteristics.  Presented at the Biennial Conference of the American Psychology-Law Society/Division 41 of APA, New Orleans, Louisiana.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 27

Witte, G., Lord, W., & Heilbrun, K. (2000, February). The epidemiology of serial homicide: Differential offense characteristics based on offender intent and victim-offender relationship. Presented at the Annual Meeting of the American Academy of Forensic Sciences, Reno, Nevada.

Heilbrun, K. (1999, October). The role of psychological testing in forensic assessment: Principles and guidelines. Presented at "Psychological Expertise & Criminal Justice": An APA/ABA Conference for Psychologists and Lawyers, Washington, D.C.

Heilbrun, K. (1999, August). Principles of forensic mental health assessment: Implications for training and practice. Presented at the Annual Convention of the American Psychological Association, Boston, Massachusetts.

Cottle, C., Lee, R., & Heilbrun, K. (1999, August). The prediction of juvenile reoffending: A meta-analysis. Presented at the Annual Convention of the American Psychological Association, Boston, Massachusetts.

Strohman, L., O'Neill, M., & Heilbrun, K. (1999, August). Violence risk communication: A review of the literature. Presented at the Annual Convention of the American Psychological Association, Boston, Massachusetts.

O'Neill, M., Strohman, L., Bowman, Q., Lo, Y., Stevens, T., & Heilbrun, K. (1999, August). Normative approaches to communicating violence risk: A national survey of psychologists. Presented at the Annual Convention of the American Psychological Association, Boston, Massachusetts.

Heilbrun, K., & Peters, L. (1999, May). The efficacy of community treatment programmes in preventing crime and violence. Presented at the NATO Advanced Study Institute on Effective Prevention of Crime and Violence Among Persons with Major Mental Disorders, Castelvecchio Pascoli, Tuscany, Italy.

Cottle, C., Lee, R., & Heilbrun, K. (1999, March). The prediction of juvenile reoffending. Presented at the MCP Hahnemann School of Health Professions Research Day, Philadelphia, Pennsylvania.

Heilbrun, K., Philipson, J., O'Neill, M., Paninopolous, M., Strohman, L., & Bowman, Q. (1998, August). Expert and practitioner approaches to communicating violence risk. Presented at the Annual Convention of the American Psychological Association, San Francisco, California.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 28

Heilbrun, K. (1998, August).  Principles of forensic mental health assessment: Guidelines
    for the judicial application of *Daubert*.  Presented at the Annual Convention of the
    American Psychological Association, San Francisco, California.

Heilbrun, K. (1998, August).  Risk assessment and risk management: Therapeutic
    jurisprudence implications.  Presented at the 24th International Congress of Applied
    Psychology, San Francisco, California.

Heilbrun, K. (1998, August).  Risk communication: Theoretical importance and empirical
    update.  Presented at the 24th International Congress of Applied Psychology, San
    Francisco, California.

Heilbrun, K. (1998, July).  Models of risk assessment: Congruence with legal context.
    Presented at the World Congress of Behavioral and Cognitive Therapies, Acapulco,
    Mexico.

Heilbrun, K. (1998, April).  Forensic psychology: From M'Naghten to Kaczynski without
    Freud.  Presented at the 1998 State Meeting of the Pennsylvania Society for Clinical
    Laboratory Science, King of Prussia, Pennsylvania.

Heilbrun, K., Philipson, J., O'Neill, M., & Paninopolous, M.  (1998, March).  Expert
    approaches to communicating violence risk.   Presented at the Biennial Conference
    of the American Psychology-Law Society/Division 41, Redondo Beach, California.

Heilbrun, K., Golding, S., Otto, R., Roesch, R., Wiener, R., & Grisso, T.  (1998, March).
    Should AP-LS collaborate with AAFP in petitioning APA for a forensic
    specialization?   The CRSPPP symposium.  Presented at the Biennial Conference of
    the American Psychology-Law Society/Division 41, Redondo Beach, California.

Foote, W., Shuman, D., Brown, L., & Heilbrun, K. (1998, March).  An immodest
    proposal: Is it time to bar treating mental health professionals from the courtroom?
    Symposium presented at the Biennial Conference of the American Psychology-Law
    Society/Division 41, Redondo Beach, California.

Heilbrun, K. (1998, March).  About psychology.  Presented to the 9th grade at the
    Constance Clayton Health Academy, William Penn High School, as part of Pathways
    Partnership for Minorities in the Health Professions, Allegheny University of the
    Health Sciences, Philadelphia, Pennsylvania.

Heilbrun, K. (1997, October).  Discussant for Forensic Assessment Presentations, at the
    20th Anniversary of the Institute of Law, Psychiatry, and Public Policy, University
    of Virginia, Charlottesville, Virginia.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 29

Heilbrun, K. (1997, October). About psychology. Presented to the 10th grade at the Constance Clayton Health Academy, William Penn High School, as part of Pathways Partnership for Minorities in the Health Professions, Allegheny University of the Health Sciences, Philadelphia, Pennsylvania.

Heilbrun, K., Brock, W., Waite, D., Lanier, A., Schmid, M., Witte, G., Keeney, M., Westendorf, M. Buinavert, L., & Shumate, M. (1997, August). Risk factors for juvenile criminal recidivism: The post-release community adjustment of juvenile offenders. Presented at the Annual Convention of the American Psychological Association, Chicago, Illinois.

Heilbrun, K., DeMatteo, D., Marczyk, G., & Peters, L. (1997, April). Evaluating competence to stand trial: The role of behavioral research and assessment. Presented at the Allegheny University of the Health Sciences Research Conference, Philadelphia, Pennsylvania.

Westendorf, M., Witte, G., Keeney, M., Brock, W., Waite, D., & Heilbrun, K. (1997, April). Community outcomes of released juvenile offenders: Reoffending, parole violation, and adjustment. Presented at the Allegheny University of the Health Sciences Research Conference, Philadelphia, Pennsylvania.

Witte, G., Westendorf, M., Keeney, M., Brock, W., Waite, D., & Heilbrun, K. (1997, April). Predicting juvenile criminal recidivism. Presented at the Allegheny University of the Health Sciences Research Conference, Philadelphia, Pennsylvania.

Heilbrun, K., DeMatteo, D., Marczyk, G., & Peters, L. (1996, November). Evaluating competence to stand trial: The role of behavioral research and assessment. Presented at the Annual Convention of the Association for the Advancement of Behavior Therapy, New York, New York.

Heilbrun, K. (1996, August). Prediction vs. control models relevant to risk assessment: The importance of legal decision-making context. Division 41 Presidential Address delivered at the Annual Convention of the American Psychological Association, Toronto, Ontario.

Heilbrun, K., Philipson, J., Berman, L., & Warren, J. (1996, August). Risk assessment: Models and communication. Presented at the Annual Conference of the American Psychological Association, Toronto, Ontario.

Heilbrun, K., Brock, W., Waite, D., Lanier, A., Schmid, M., Witte, G., Westendorf, M., & Keeney, M. (1996, June). Identifying and validating risk factors for juvenile criminal recidivism in Virginia. Presented at the 1996 Virginia Juvenile Justice and

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 30

   Delinquency Prevention Advisory Committee and Virginia Department of Criminal
   Justice Services Juvenile Justice Conference, Williamsburg, Virginia.

Heilbrun, K. (1996, May). Trial competence in juveniles: Clinical considerations.
   Presented at the First Annual Virginia Public Defender Symposium, Richmond,
   Virginia.

Heilbrun, K. (1996, February). Daubert and forensic assessment. Presented at the
   Biennial Conference of the American Psychology-Law Society/Division 41, Hilton
   Head, South Carolina.

Heilbrun, K. (1996, January). Evolving standards for forensic assessment. Presented at
   the MCPHU/Villanova Colloquium Series, Villanova, Pennsylvania.

Heilbrun, K. (1995, September). Developments in risk assessment: Implications for
   workplace violence. Presented at the Conference on Work, Stress, and Health 95,
   Washington, D.C.

Griffin, P., & Heilbrun, K. (1995, August). Forensic treatment: The state of the
   discipline. Presented at the Annual Convention of the American Psychological
   Association, New York, New York.

Heilbrun, K. (1995, August). Research in forensic mental health assessment:
   Implications for evolving standards and normative practice. Presented at the Annual
   Convention of the American Psychological Association, New York, New York.

Heilbrun, K., Brock, W., & Shumate, M. (1995, May). Identifying and validating risk
   factors for juvenile recidivism. Presented at the Semi-Annual Forensic Symposium,
   University of Virginia, Charlottesville, Virginia.

Heilbrun, K. (1994, October). Risk assessment: Discussion of Monahan and Novaco.
   Presented at the 25th Semi-Annual Forensic Symposium, Charlottesville, Virginia.

Heilbrun, K. (1994, October). Inpatient and post-discharge aggression in mentally
   disordered offenders: The role of psychopathy. Presented at the Department of
   Psychology, Hahnemann University, Philadelphia, Pennsylvania.

Heilbrun, K., & Heilbrun, A.B. (1994, April). Risk assessment with the MMPI-2 in
   forensic evaluations. Presented at the Sixth Kent State University Forum, Kent,
   Ohio.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 31

Heilbrun, K. (1994, March).  Daubert v. Merrell Dow Pharmaceuticals:  Implications for
     forensic mental health assessment.  Presented at the Biennial Conference of the
     American Psychology-Law Society/Division 41, Santa Fe, New Mexico.

Heilbrun, K., & Griffin, P.A. (1994, January).  Understanding psychological evidence:
     Implications of Daubert v. Merrill Dow Pharmaceuticals, Inc. for judicial practice in
     Virginia.  Presented at the Annual Judicial Conference of Virginia, Richmond,
     Virginia.

Heilbrun, K. (1993, May).  Substance abuse and crime (discussant for addresses by R.P.
     Kern and R. Peters).  Presented at the 24th Semi-Annual Forensic Symposium,
     Charlottesville, Virginia.

Heilbrun, K. (1993, October).  Assessment and treatment of sexual offenders as
     sentencing considerations.  Presented at the Virginia Annual Judicial Conference,
     Richmond, Virginia.

Heilbrun, K. (1993, November).  Competence to stand trial evaluations:  Recent advances
     (Discussant).  Presented at the Virginia Annual Fall Forensic Symposium,
     Charlottesville, Virginia.

Heilbrun, K., Warren, J., Collins, S., & Rosenfeld, B. (1993, August). Normative
     characteristics of forensic evaluations:  A two state study.  Presented at the Annual
     Convention of the American Psychological Association, Toronto, Canada.

Heilbrun, K., Berman, L., Coggins, M., McNiel, D., Petrella, R., Petrila, J., & Rice, M.
     (1993, August).  The linkage between risk assessment and the management/treatment
     of aggression.  Presented at the Annual Convention of the American Psychological
     Association, Toronto, Canada.

Nelson, E., Heilbrun, K., & Wolber, G. (1993, August).  Comparing insanity acquittees
     and civil committees:  Functional correlates and implications for community
     treatment.  Presented at the Annual Convention of the American Psychological
     Association, Toronto, Canada.

Heilbrun, K. (1992, March).  Restoring trial competency:  Current legal status and
     research implications.  Research colloquium presented at the Institute of Law,
     Psychiatry, and Public Policy, Charlottesville, Virginia.

Heilbrun, K. (1992, April).  The Specialty Guidelines for Forensic Psychology:
     Implications for practice.  Presented at the Annual Convention of the Virginia
     Psychological Association, Roanoke, Virginia.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 32

Heilbrun, K. (1992, August). <u>Deriving principles of forensic mental health assessment</u>. Presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Heilbrun, K. (1992, September). <u>Risk assessment: An alternative to violence prediction</u>. Presented at Grand Rounds, Department of Psychiatry, Medical College of Virginia, Richmond, Virginia.

Heilbrun, K., & Collins, S. (1992, March). <u>Evaluations of trial competency and mental state at the time of the offense: Normative characteristics</u>. Presented at the Biennial Conference of the American Psychology-Law Society/Division 41, San Diego, California.

Heilbrun, K., Golding, S.L., & Libby, J. (1992, March). <u>Jackson v. Indiana: Current legal status and issues in treatability assessment</u>. Presented at the Biannual Conference of the American Psychology-Law Society/Division 41, San Diego, California.

Heilbrun, K., Nelson, E., & Wolber, G. (1992, October). <u>Comparison of individuals civilly committed with those acquitted by reason of insanity, following transfer to pre-release hospital unit</u>. Presented at Virginia Department of Mental Health, Mental Retardation, and Substance Abuse Services Research Colloquium, Richmond, Virginia.

Heilbrun, K. (1991, March). <u>Competency to be executed: Issues in assessment and treatment</u>. Presented at the Annual Conference of the Forensic Mental Health Association of California, Pacific Grove, California.

Heilbrun, K. (1991, July). <u>Mentally ill defendants with homicide vs. non-homicide charges: What are the differences</u>? Presented at the Third Annual Florida Workshop on Mental Health and the Law, Orlando, Florida.

Heilbrun, K. (1991, August). <u>Law and psychology: Career pathways, possibilities, and potentials</u>. Panel discussion presented at the Annual Convention of the American Psychological Association, San Francisco, California.

Heilbrun, K. (1991, September). <u>Assessing treatment needs and treatability in mentally disordered offenders</u>. Presented at the 12th Annual Conference of State Mental Health Forensic Directors, Birmingham, Alabama.

Heilbrun, K., & Poythress, N.G. (1991, July). <u>What does the judge do? Restoring competency to proceed in the community</u>. Presented at the Third Annual Workshop on Mental Health and the Law, Orlando, Florida.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 33

Heilbrun, K., White, A.J., Nunez, C., Gustafson, D., & Bennett, W.S. (1991, August).
    MMPI-based empirical response style: Initial validation data. Presented at the
    Annual Convention of the American Psychological Association, San Francisco,
    California.

Heilbrun, K., Gustafson, D., Nunez, C., & White, A.J. (1991, October). Mentally
    disordered offenders and inpatient aggression: The role of psychopathy. Presented
    at the Annual Meeting of the American Academy of Psychiatry and the Law,
    Orlando, Florida.

McCoy, A.D., & Heilbrun, K. (1991, August). Future minority representation in Division
    41: A survey of APA internships with forensic experiences. Presented at the Annual
    Convention of the American Psychological Association, San Francisco, California.

Heilbrun, K. (1990, August). The role of psychological testing in forensic assessment.
    Presented at the Annual Convention of the American Psychological Association,
    Boston, Massachusetts.

Heilbrun, K. (1990, November). Treatment of patients who are Incompetent to Proceed
    or Not Guilty by Reason of Insanity. Presented at the Annual Education Meeting of
    the Florida Conference of Circuit Judges, Daytona Beach, Florida.

Heilbrun, K., Deitchman, M.A., Gustafson, D., & Krull, K. (1990, August). The
    treatment of mentally disordered offenders: A national survey. Presented at the
    Annual Convention of the American Psychological Association, Boston,
    Massachusetts.

Friedman, F., Carbonell, J., & Heilbrun, K. (1990, August). Formulating a prediction
    model for regaining competency to stand trial. Presented at the Annual Convention
    of the American Psychological Association, Boston, Massachusetts.

Heilbrun, K. (1989, October). Mentally ill offenders: Myths and realities. Presented at
    the First Annual Conference on Mental Health and the Law, Orlando, Florida.

Heilbrun, K. (1989, November). Evaluating and treating those incompetent for
    execution: Special problems. Presented at the Annual Meeting of the American
    Society of Criminology, Reno, Nevada.

Heilbrun, K., & Bennett, W.S. (1989, September). Mental state defenses to criminal
    charges. Prepared for Testimony Before the Criminal Justice Committee, Florida
    House of Representatives, Tallahassee, Florida.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 34

Heilbrun, K., Radelet, M., & Dvoskin, J. (1989, October).  Treating those incompetent
for execution:  A debate.  Presented at the Annual Convention of the American
Academy of Psychiatry and Law, Washington, D.C.

Heilbrun, K. (1988, March).  Third party information in forensic assessment:  Much
needed, sometimes collected, poorly guided.  Presented at the Biennial Conference
of the American Psychology-Law Society/Division 41, Miami, Florida.

Heilbrun, K. (1988, June).  Community based forensic treatment:  An overview.
Presented at the XIV International Congress on Law and Psychiatry, Montreal,
Canada.

Heilbrun, K. (1988, August).  The role of the predoctoral clinical internship in forensic
psychology training.  Presented at the Annual Convention of the American
Psychological Association, Atlanta, Georgia.

Heilbrun, K., & McClaren, H. (1987, October).  Assessment of competency for
execution?  Towards resolutions of an ethical dilemma.  Presented at the Annual
Convention of the American Academy of Psychiatry and Law, Ottawa, Canada.

Heilbrun, K. (1986, March)  Clinical objectives in the treatment of forensic inpatients.
Presented at the Annual Education Meeting, Florida Conference of Circuit Judges,
Orlando, Florida.

Heilbrun, K., Heilbrun, P.G., and Griffin, N. (1986, March).  Comparing females
acquitted by reason of insanity, convicted, and civilly committed.  Presented at the
Biannual Meeting of the American Psychology-Law Society, Tucson, Arizona.

Heilbrun, K., & Heilbrun, P.G. (1986, June).  Insanity acquittal and hospitalization
release in Florida females:  1977-1984.  Presented at the XII International Congress
on Law and Psychiatry, Montreal, Canada.

Heilbrun, K., & Annis, L. (1986, August)  Psychology research and training in forensic
facilities:  A national survey.  Presented at the Annual Convention of the American
Psychological Association, Washington, D.C.

Heilbrun, K., Brodsky, S., Deitz, S., Mathias, R., & McClaren, H. (1986, August)  The
assessment of competency for execution:  Ethical and technical issues.  Presented at
the Annual Convention of the American Psychological Association, Washington,
D.C.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 35

Heilbrun, P.G., & Heilbrun, K. (1986, March).  Individuals acquitted by reason of insanity:  Outcomes following hospitalization.  Presented at the Convention of the Southeastern Psychological Association, Orlando, Florida.

Heilbrun, K., & Heilbrun, P.G. (1985, March).  The hospitalized forensic patient:  Prediction of length of stay.  Presented at the Convention of the Southeastern Psychological Association, Atlanta, Georgia.

Heilbrun, K., & Fallon, J. (1984, March).  Raising the issue of competency to stand trial:  A state wide survey of judges' perceptions.  Presented at the Convention of the Southeastern Psychological Association, New Orleans, Louisiana.

Griffin, N., Heilbrun, P.G., & Heilbrun, K. (1984, March).  Females acquitted by reason of insanity in Florida: 1977-1983.  Presented at the Convention of the Southeastern Psychological Association, New Orleans, Louisiana.

Heilbrun, P.G., Heilbrun, K., & Sanford, P. (1984, October).  The hospitalized forensic patient:  Characteristics, chronicity and policy implications.  Presented at the First Southeastern Conference on "The Chronic Patient:  Care and Treatment," Jacksonville, Florida.

Fallon, J., & Heilbrun, K. (1983, March).  Factors relevant to the judicial determination of competency to stand trial.  Presented at the Convention of the Southeastern Psychological Association, Atlanta, Georgia.

Heilbrun, K., & Vexler, S. (1979, October).  The prediction of dangerousness in juvenile delinquent males.   Presented at the Biannual Meeting of the American Psychology-Law Society, Baltimore, Maryland.


Technical Manuals

Heilbrun, K., & Redding, R. (2005).  Forensic mental health assessment in Pennsylvania:  The Pennsylvania Forensic Evaluation Project Sourcebook.  Philadelphia, PA:  Drexel University.

Heilbrun, K., & Leheny, C. (1997).  Juvenile Transfer Assessment Guide.  Philadelphia, PA:  Allegheny University of the Health Sciences.

Heilbrun, K. (1995).  Risk assessment manual.  Richmond, VA:  Virginia Department of Mental Health, Mental Retardation, and Substance Abuse Services.

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 36

Nelson, E., & Heilbrun, K. (1993). <u>Directory of mental health services in Virginia jails:</u>
<u>1993</u>. Petersburg, VA: Central State Hospital.

Heilbrun, K. (1992). <u>The Analysis of Aggressive Behavior</u>. Richmond, VA: Medical
College of Virginia.

Heilbrun, K. (1990). <u>Treatment of mentally ill sexual offenders</u>. Chattahoochee, FL:
Florida State Hospital.

Heilbrun, K. (1988). <u>Treatment of adolescent sexual offenders</u>. Tallahassee, FL: Florida
State University.

Heilbrun, K. (Ed.) (1986). <u>Florida forensic evaluator training manual</u>. Tallahassee, FL:
Florida Department of Health and Rehabilitative Services.

Heilbrun, K. (Ed.) (1983). <u>Forensic reference manual</u>. Chattahoochee, FL: Florida State
Hospital.


<u>Editorial Positions</u>

| | |
|---|---|
| Co-Editor<br>2006 - present | Oxford University Press Book Series<br>"Best Practices in Forensic Mental Health Assessment" |
| Associate Editor<br>2005 - present | <u>Law and Human Behavior</u> |
| Special Edition Editor<br>2002 | <u>Criminal Justice and Behavior</u> (October)<br>"Risk Assessment" |
| Editor<br>1992 - 1995 | <u>American Psychology-Law Society/Division 41 News</u> |
| Special Edition Editor<br>1991 | <u>Forensic Reports</u> |
| Editorial Advisory Board<br>2006 - present | <u>Encyclopedia of Psychology and Law</u> |
| Editorial Board | <u>AP-LS/Division 41 Book Series</u> (2004 - present)<br><u>Assessment</u> (2004 - present)<br><u>Behavioral Sciences and the Law</u> (2003 - present)<br><u>British Journal of Forensic Practice</u> (2004 – present) |

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 37

|  | <u>Cognitive & Behavioral Practice</u> (1998 - 1999) |
|---|---|
|  | <u>Correctional Mental Health Report</u> (1998 - present) |
|  | <u>Criminal Justice and Behavior</u> (1997 - present) |
|  | <u>International Journal of Forensic Mental Health</u> (2004 - present) |
|  | <u>Journal of Threat Assessment</u> (1999 - present) |
|  | <u>Journal of Behavioral Health Services & Research</u> (1999 - present) |
|  | <u>Law and Human Behavior</u> (1991 - present) |
|  | <u>Psychological Assessment</u> (1996 - 1997) |
|  | <u>Psychology, Public Policy, & Law</u> (2006 – present) |
| International Advisor | <u>Health, Risk and Society</u> (1997 - present) |
| Ad Hoc Reviewer | <u>American Psychologist</u> |
|  | <u>Cognitive & Behavioral Practice</u> |
|  | <u>Journal of Abnormal Psychology</u> |
|  | <u>Journal of Mental Health Administration</u> |
|  | <u>Journal of Nervous and Mental Disease</u> |
|  | <u>Medical Principles and Practices</u> |
|  | <u>Perceptual and Motor Skills</u> |
|  | <u>Psychiatric Services</u> |
|  | <u>Psychological Bulletin</u> |
|  | <u>Psychological Reports</u> |

<u>University Committees</u>

| 9/06 – present | NCAA Appeals Committee |
|---|---|
|  | Drexel University |
| 11/04 – 7/05 | NCAA Steering Committee |
|  | Drexel University |
| 9/04 – present | Faculty Advisory Committee, Department of Athletics |
|  | Drexel University |
| 5/04 – 12/04 | Provost's Committee on Retention of Specific Faculty Member |
|  | Drexel University |
| 4/04 – 12/05 | Strategic Planning Student Admissions and Retention Committee |
|  | Drexel University |

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 38

| | |
|---|---|
| 1/04 – 7/04 | Search Committee, Math Department Head<br>Drexel University |
| 3/03 - 12/03 | Strategic Planning Committee<br>Drexel University |
| 9/02 – 8/04 | Chair, Institutional Review Board #3<br>Drexel University |
| 8/99 - 9/02 | Institutional Review Board #1<br>MCP Hahnemann University |
| 10/95 - 1/99 | Promotions Committee<br>Department of Clinical and Health Psychology |
| 4/96 - 1/99 | Middle States Work Group<br>MCP Hahnemann University |
| 5/96 - 1/00 | Grievance Committee<br>School of Health Professions |

Professional Service Positions

| | |
|---|---|
| 10/04 – 10/06 | Representative, American Psychological Association<br>American Bar Association Task Force on Mental Disability<br>and the Death Penalty |
| 8/04 - present | Chair, Fellows Committee<br>American Psychology-Law Society |
| 11/97 - 12/03 | Forensic Representative<br>Council of Specialties |
| 11/97 - 12/03 | Chair, Forensic Psychology Specialty Council<br>AP-LS/Division 41 – American Academy of Forensic Psychology |
| 8/96 - 8/97 | Past -President<br>AP-LS/Division 41 |
| 8/95 - 8/96 | President<br>AP-LS/Division 41 |

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 39

| 8/95 - 8/96 | President<br>American Board of Forensic Psychology |
|---|---|
| 8/94 - 8/95 | President-elect<br>AP-LS/Division 41 |
| 8/93 - 8/95 | Vice-President<br>American Board of Forensic Psychology |
| 1/94 - present | Fellows Committee<br>AP-LS/Division 41 |
| 7/93 - 3/94 | Acting Director<br>MCV Forensic Psychiatry Fellowship |
| 8/91 - 8/97 | Executive Committee<br>APA Division 41/AP-LS |
| 3/90 - 6/95 | Southeastern Regional Chair, Continuing Education<br>American Academy of Forensic Psychology |
| 8/91 - 8/93 | Corresponding Secretary<br>American Board of Forensic Psychology |
| 8/90 - 8/91 | Board Member at Large<br>American Board of Forensic Psychology |
| 4/89 - 3/90 | Program Co-Chair, 1990 Biennial Conference<br>American Psychology-Law Society/Division 41 |
| 10/85 - 10/91 | President<br>Three Rivers Seminars, Inc. |
| 11/85 - 8/87 | Secretary<br>Capital Area Psychological Association |

Professional Affiliations and Honors

American Psychological Association
   (Fellow, Divisions 1, 9, 12, 18, 37, 41)

American Academy of Clinical Psychology (Fellow)

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 40

American Academy of Forensic Psychology (Fellow)

American Association of Correctional and Forensic Psychologists

2004 Book Award (Principles of Forensic Mental Health Assessment)
  American Psychology-Law Society

Distinguished Contributions to Forensic Psychology Award (2004)
  American Academy of Forensic Psychology

Kirk Heilbrun, Ph.D.
February 9, 2007
Page 41

Kirk Heilbrun is presently Professor and Head, Department of Psychology, Drexel
University.  He has previously served as staff psychologist, then chief psychologist, at the
Forensic Service, Florida State Hospital, and as clinical director of the Forensic Unit,
Central State Hospital.  He is board certified in clinical psychology and in forensic
psychology with the American Board of Professional Psychology, and is a Fellow of the
American Psychological Association in six divisions.  He currently directs the Forensic
Clinic in the Drexel Department of Psychology; the clinic provides psychological
evaluations to courts and attorneys on issues that include juvenile commitment and
decertification, competence to stand trial, mental state at the time of the offense,
sentencing and capital sentencing, workplace disability, violence risk assessment, and
malpractice.  Since completing a postdoctoral fellowship in psychology and law in 1982,
Dr. Heilbrun has been involved in personally conducting or supervising approximately
2,700 forensic evaluations, and has testified as an expert approximately 235 times.  He
has been qualified as an expert in federal court, and in state-level courts in Florida, New
York, Pennsylvania, and Virginia.