

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*      *(302) 573-6277*
*1007 Orange Street, Suite 700*      *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 27, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:  **United States v. Salvador Martinez-Torres**
          **Criminal Action No. 06-31-JJF**

Dear Judge Farnan:

    In response to the defendant's letter to the Court of February 21, 2007, the United States has no objection to the defendant's request that the Court schedule a competency hearing pursuant to 18 U.S.C. § 4241.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                          By:_____
                                              Edmond Falgowski
                                              Assistant United States Attorney

pc:  Christopher Koyste, Esquire

EF:slb