CR 06-31-2 JJF  parte #1

RECEIVED
FEB 22 2007

2-20-2007

From: Salvador Torres Martinez
TO: Honorable: Joseph J. Farnan, Jr.
Yo Humildemente Le escribo estas Lineas
Con todo el Respeto que Usted se merece
y espero que se encuentre bien de Salub
al Junto de todos sus seres Queridos
y Resiba munchas bendiciones. en el nombre
De Jesucristo. oy mañana y siempre.
El Atrevimiento de esta Carta es para pedirle
de todo favor si es posible que yo
pueda estar presente el dia de mi corte
El dia de mi "Suppression Hearing" a mi me gustaria
estar presente para mirar los Cargos y pruebas
Que tienen en mi contra para determinar que
Sean Verdad. he mirado munchas cosas extrañas
en este caso. pero gracias a dios estoy vivo
Para que Salga La Verdad. y se haga Justicia Con
toda La Corrupcion. y La gente mala
Dios me ha dado La vida varias veces y ahora
No boy a dejar ir esta Opurtunidad nueva que
me a dado. ※ Usted. Honorable: Joseph J. Farnan Jr.
Sabe La verdad hacerca de este caso.
Yo se La verdad y Quiero decir La verdad
Porque no quiero pagar algo que yo no aiga hecho
Si Usted quiere Saver La verdad yo se La
dire si yo pueda ser Util para algo bueno
puede Contar Conmigo.

parte #3

bueno Honorable: S.r Joseph J. Farnan Jr.
yo me despido y Tambien Le pido perdon
por Las faltas o errores que he Cometido
en esta Tierra santa y que dios siempre
ha vendecido. ay munchas cosas que quisiera
praticar pero por Carta no es muy ceguro
Espero ir pronto a Corte y saber Cuales
Son mis Cargos. y poder ayudar en algo
si es posible.
y gracias por tomarse el Tiempo de Leer
Esta Umilde Carta y aqui me despido
Que el Dios Todo poderoso y Creador Lo vendiga
Siempre al Junto de todos sus seres
queridos en el nombre de Jesu Cristo. Amen

~~Salvador~~ Jens martires
    y Recuerde que La verdad yo La sé
si es posible quiero decir La verdad
y salir de todo. y poder ayudar a terminar
Con Las Cosas malas.

      gracias

Salvador Torres Martinez
T-2098374
P.O. Box. 9561
Wilmington D.E 19809

Legal Papers
WILMINGTON DE 197
20 FEB 2007 PM 1 L

TO: Honorable Joseph J. Farnan, Jr
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

U.S.M.S
X-RAY

