IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-31-2 JJF |
| | : | |
| SALVADOR MARTINEZ-TORRES, aka Chava, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has reviewed defense counsel's letter request for a competency hearing (D.I. 75);

WHEREAS, the Court finds that a hearing to determine the mental competency of the Defendant is appropriate;

NOW THEREFORE, IT IS HEREBY ORDERED that a Hearing pursuant to 18 U.S.C. § 4241(a) will be held on **Monday, March 19, 2007 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

March 8, 2007
DATE

UNITED STATES DISTRICT JUDGE