IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-31-JJF |
| ) | |
| SALVADOR MARTINEZ-TORRES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the Motion for Psychiatric Examination of defendant filed by the United States of America, it is hereby

**ORDERED** that the competency hearing is continued, and pursuant to 18 U.S.C. §§ 4241 and 4247(b) and (c), defendant Salvador Martinez-Torres shall forthwith be committed to the custody of the Attorney General for placement in a suitable federal facility for a period not to exceed thirty (30) days from the defendant's arrival at the facility for the purpose of having a psychiatric examination and evaluation to aid the determination of his competency to stand trial.

**IT IS FURTHER ORDERED** that a psychiatric report be prepared by the examiner and that a report be filed with the Court. The report shall include the following:

1. Salvador Martinez-Torres' history and present symptoms;

2. A description of the psychiatric, psychological, and medical tests that were employed and their results;

3. The examiner's findings; and



FILED

MAR 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4. The examiner's opinion as to diagnosis, prognosis, and whether Salvador Martinez-Torres is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

March 13, 2007
Wilmington, Delaware

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on March 9, 2007, electronically filed the foregoing:

**MOTION FOR PSYCHIATRIC EXAMINATION OF DEFENDANT**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

>Christopher S. Koyste, Esquire
>Assistant Federal Public Defender
>704 King Street, Suite 110
>Wilmington, Delaware 19801

*Theresa A. Jordan*