To: Honorable Joseph J. Farnan, Jr          3-27-07

Yo. Umildemente. y Con todo el Respeto
Se merece Le escribo esta Umilde Carta
esperando y se encuentre bien de salud
de todos sus seres queridos. Que Dios Lo
Vendiga oy mañana y siempre.
EL respecto de esta Carta es para ver si es
Posible. Cambiar el FEDEral Attorney. mr Christopher S. Koyste
Yo. Salvador Torres martinez- No Confio en el
Yo he visto Algunas Casas que el a echo
Sin mi permiso y a mentido
EL Attorney christopher S. Koyste
me dijo que no escribiera con mi Juez
Que porque yo estaba en el Hospital o en tratamiento
Yo nunca he estado en tratamiento
Yo solo he Tomado medicacion para alergias
y ahora dice que no estoy copetente para ir
a Un Juicio, porque no soy Competente me pregunto?
Porque creo en el Padre y el hijo y el espiritu santo
es La razon que no soy copetente
o La Razon que mr Christopher. no quiere que yo valla
a Juicio, es porque ba a Salir- La Verdad.
Yo quiero que salga toda la Verdad y pido por Favor
Un abogado. Que Crea en el Padre, y en el hijo, y espiritu santo
y Como yo habia dicho antes y ahora y siempre Lo dire
Si puedo ayudar en algo si es para hacer algo bueno
Yo estoy dispuesto ayudar. Primeramente Dios Cuando
Salga quiero decir La Palabra del Señor y Poder ayudar
a Personas estraviadas o enfermas quiero ayudar a todas
Las Personas que desconocen. La fuente de La vida eterna
Dios me ha llamado. para que yo pueda dar
La medicina que Cura todas Las enfermedades
esta es La medicina La Palabra de Dios. y esta es
La medicina que yo quiero Tomar. y estoy
tomando siempre.

RECEIVED MAR 29 2007
FILED MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Salvador Martinez Torres
Reg. # 05071-015
F.D.C. Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Legal papers

PHILADELPHIA PA 191
28 MAR 2007 PM 3 L

U.S.M.S. X-RAY

Honorable Joseph J. F
United States Distr
J. Caleb Boggs Federa
844 King Street
Wilmington, DE 198

1980143313

bueno aquí me despido, gracias Por tomarte
El Tiempo al leer esta Umilde Carta.
Sr. Honorable. Joseph J. Farnan, Jr.
y que Dios Lo Vendiga, al igual todos
Sus Seres queridos, oy mañana y siempre.
en el nombre de Jesú Cristo, Amen

Salvador Fres martins

gracias.