IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-31-JJF |
| | ) | |
| SALVADOR MARTINEZ-TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On this __3__ day of _____July_____, 2007, having considered the Joint Motion

for Psychiatric Hospitalization of the defendant filed by the parties, it is hereby

**ORDERED** that the Court finds the defendant is presently suffering from a mental disease or

defect rendering him mentally incompetent to the extent that he is unable to understand the nature

and consequences of the proceedings against him or to assist properly in his defense; and

**IT IS FURTHER ORDERED** that the defendant is committed to the custody of the Attorney

General for hospitalization for treatment in a suitable facility for a reasonable period of time, not to

exceed four (4) months, as is necessary to determine whether there is a substantial probability that

in the foreseeable future the defendant will attain the capacity to permit the proceedings to go

forward.

Honorable Joseph J. Farnan, Jr.
United States District Court Judge