

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

December 20, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:  **United States v. Salvador Martinez-Torres**
         <u>**Criminal Action No. 06-31-JJF**</u>

Dear Judge Farnan:

    The above-captioned defendant's case manager at the FMC Butner advised today that the defendant left Butner on December 12, 2007, en route to Delaware and that Bryon Herbel, a staff psychiatrist at Butner, is assigned to the defendant.

    I then contacted Bryon Herbel, M.D., and he advised by email that a report has been completed for the Court and placed in the mail today.

                                                          Respectfully submitted,

                                                          COLM F. CONNOLLY
                                                          United States Attorney

                                                      By: _____
                                                          Edmond Falgowski
                                                          Assistant United States Attorney

pc:    Edson Bostic, Esquire

EF:slb