IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-31-2 JJF |
| SALVADOR MARTINEZ-TORRES, aka Chava, | : |
| Defendant. | : |

### O R D E R

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, February 7, 2008** at **4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

January 22, 2008                                    _____
DATE                                                UNITED STATES DISTRICT JUDGE



FILED
JAN 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE