IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-31-2 JJF |
| SALVADOR MARTINEZ-TORRES, aka Chava, | : |
| Defendant. | : |

## O R D E R

WHEREAS, on February 7, 2008, the Court held a scheduling conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Hearing pursuant to 18 U.S.C. § 4241(c) and 18 U.S.C. § 4247(d) will be held on **April 18, 2008 at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

2. An Evidentiary Hearing will be held on **April 18, 2008**, immediately following the above Competency Hearing.

3. Trial will commence on **May 29, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

March 3, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE