IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-31-2 JJF |
| ) | |
| SALVADOR MARTINEZ-TORRES, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

**NOW COMES** the United States, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the Distict of Delaware, and hereby moves this Honorable Court to dismiss the Indictment as it charges the defendant, pursuant to the defendant's guilty plea to related charges.

Dated: 4-2-08

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowksi
Assistant United States Attorney

FILED
APR - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IT IS SO ORDERED this 3 day of April, 2008.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court